ORIGINAL

(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FRANK Gillespie
_____
(Name of Plaintiff or Plaintiffs)

v.                                    CIVIL ACTION No. _05-715_

FMC BioPolymer
_____

(Name of Defendant or Defendants)

## *COMPLAINT UNDER TITLE VII*

## *OF THE CIVIL RIGHTS ACT OF 1964*

1.      This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. $2000e-5. Equitable and other relief are also sought under 42 U.S.C. $2000e-5(g).

2.      Plaintiff resides at _4   Yorkshire Court_
                            (Street Address)
_Bear_      _New Castle_      _Delaware_      _19701_
(City)         (County)         (State)      (Zip Code)
_302-838-2115_
(Area Code) (Phone Number)

3.      Defendant resides at, or its business is located at ___1301   Ogletown   Road___
                                                           (Street Address)
_Newark_      _New Castle_      _Delaware_      _19720_
(City)          (County)         (State)      (Zip Code)

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's ___FMC   BioPolymer___ place of business
                                                (Defendant's Name)
located at ___1301   Ogletown   Road___
          (Street Address)
_Newark_      _New Castle_      _Delaware_      _19720_
(City)          (County)         (State)      (Zip Code)

5.    The alleged discriminatory acts occurred on _____ 2 _____ , _____ 12 _____ , _____ 2003 _____ .
                                                        (Day)            (Month)            (Year)

6.    The alleged discriminatory practice  ⊙ is  ○ is not  continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware,

_Division of Industrial Affairs_ _____ _Wilmington_ _____
    (Agency)            (Street Address)            (City)

_New Castle_    _Delaware_    _19802_ _____ , regarding
    (County)        (State)        (Zip Code)

defendant's alleged discriminatory conduct on _____ 2 _____ , _____ 12 _____ , _____ 2003 _____ .
                                                  (Day)            (Month)            (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: _____ 2 _____ , _____ 12 _____ , _____ 2003 _____
                                                            (Day)            (Month)            (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: _____ 7 _____ , _____ 7 _____ , _____ 2005 _____ .
                                        (Day)            (Month)            (Year)

### (NOTE:  ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.    The alleged discriminatory acts, in this suit, concern:

A.    ○  Failure to employ plaintiff.

B.    ⊙  Termination of plaintiff's employment.

C.    ○  Failure to promote plaintiff.

D.    ○  Other acts (please specify below)

_Discrimination_

_Harassment_

_Defamation of Character_

11.    Defendant's conduct is discriminatory with respect to the following:

    A.    ⦿  Plaintiff's race

    B.    ◯  Plaintiff's color

    C.    ◯  Plaintiff's sex

    D.    ◯  Plaintiff's religion

    E.    ◯  Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

### THEREFORE,  Plaintiff prays as follows: (Check appropriate letter(s))

    A.    ⦿  That all fees, cost or security attendant to this litigation be hereby waived.

    B.    ◯  That the Court appoint legal counsel.

    C.    ◯  That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____ 9/30/2005 _____

_Frank Gillespie_ _____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

FMC allowed another male of a different race store inappropriate material in his e-mail, which is the same e-mail I had and was sent to him by someone else.

FMC allowed a male of another race retaliate against me with inappropriate material he had filed in his e-mail.

FMC allowed a male of another race retaliate against me for personal gain.

FMC allowed a male of another race to violate policy of procedures for chain of command.

FMC allowed males of another race and same race age to violate the electronic communication policy for inappropriate material stored on their e-mail and sending it out. They were told that nothing would happen to them, it was okay.

FMC is using attachments from an e-mail against me without having the main page of the email. I stated to FMC, I filed my e-mails in folders to keep up with my workload. I did not open all attachments to e-mails, I received hundreds of e-mail each day and it was reported to their IT Department.

FMC never express the policy as an Electronic Communication Policy until after the fact. FMC never included the E-mail into or with the Internet Issues. When they talked about the misuse of the Internet, they did not say anything about the e-mail.

FMC's HR Manager stated and allowed this male of another race use a trump card against me. Keeping this inappropriate material on his e-mail and then mailing it to the HR Manager for retaliation and personal gain – policy violation.



**MARGOLIS EDELSTEIN**

1509 Gilpin Avenue
Wilmington, DE 19806



Mr. Frank Gillespie
4 Yorkshire Court
York Farms
Bear, DE 19701

19701~3100





**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

September 23, 2005

Mr. Frank Gillespie
4 Yorkshire Court
York Farms
Bear, DE 19701

         **Re:    v. FMC**

Dear Frank:

        This is to confirm that we are unable to represent you with your matter due to an overload in our current cases.

        Given the time sensitivity of your matter, I would recommend that you retain other counsel or go to the Clerk's Office at U.S. District Court for the District of Delaware, 844 North King Street, Wilmington, DE  19801 and file a *pro se* Complaint.

        Best of luck in your future endeavors.

                                Very truly yours,

                                **JEFFREY K. MARTIN**

JKM:cab

* MEMBER OF THE HARMONIE GROUP

FMC advertised my E-Mail Address on my business cards.

I reported my problems with several hundred E-Mails Daily.

Bob Yori (HR Manager) admitted that I was set-up.

Bob Yori (HR Manager) accused me of child porn on my E-Mails and people came back to me with these statements.

FMC refused to give me copies of their case against me.

My name and E-Mail privacy was never sold to FMC or given up to FMC.

Other Companies asked about FMC – what happened.

FMC Management was aware of the threats I received daily.

Dave Miller violated policy by keeping knowledge of a violation for personnel gain.

Dave Miller posted a picture in the plant of his car after an accident and accusing me of causing it.

Dave Miller went to Philadelphia bypassing policy and procedures to get me fired.

FMC never issued me an Employee Handbook with policies and procedures.

FMC was working on electronic files of policies and procedures for all employees and it was the responsibility of the Department Managers to review with their staff.

It was FMC's policy and procedure to use a MOC training record sheet for all meetings, training, communication of policies/procedures and communication of changes.

I never received a copy of the paperwork FMC submitted to the State of Delaware Labor Board – I did not know what I had to defend against. State of Delaware Labor Board made a ruling without my comments against FMC's allegations.


I was hired by FMC as a Maintenance Engineer.

I was performing Maintenance Engineering, Maintenance Supervisor and Project Engineering Tasks.

Maintenance Engineering Tasks as I was hired to perform.

FMC added the Maintenance Supervisor position to me with no additional pay (direct multi-crafted mechanics and run the maintenance shop).

FMC added the Project Engineering position to me with no additional pay; roofs, grounds, new equipment installation, etc..

FMC added the Store Room Supervisor position to me with no additional pay; direct the store room clerk, fork truck maintenance, daily store room inventory, vendor stocking, etc..

I never refused to perform any tasks given to me by Management, but I did state each time I was hired in as a Maintenance Engineer. I stated that I would perform any task requested.

I never had a bad job performance evaluation.

All of the statements I made related to these allegations were after the violation of policy was communicated to me and I was forced into a defensive mode.

Managers of FMC never stated or corrected me for a policy violation of e-mail jokes sent to them or what they have sent to me.

Bob Yori (HR Manager) allowed violation of policies by other employees due to race.

Bob Yori (HR Manager) stated that he uses the e-mail for jokes and he e-mail them to his home account.

My Department Manager (Doug DeHart) stated that he uses the e-mail and send jokes to his home.



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

*Winner, Delaware Quality Award of Merit*

July 7, 2005

Mr. Frank Gillespie
4 Yorkshire Court
Bear, DE 19701

Re:    Gillespie v. FMC BioPolmer
       Case Number: 0312210 / 17CA400204

Dear Mr. Gillespie:

Enclosed please find a copy of our agency's Final Determination and Right to Sue Notice, along with a notice of Delaware Rights and Federal Rights.

If you have any questions concerning this matter, please contact our office at (302) 761-8200.

Sincerely,

Nelly Muñoz, Administrative Specialist II
Office of Labor Enforcement

/nym

### NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

### § 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.

(a)    A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)    The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)    The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

### NOTICE OF FEDERAL RIGHTS

1.    If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.    If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3.    Requests to the EEOC should be sent to:

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-13 : 8/04

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT**

0312210

Frank S. Gillespie
4 Yorkshire Court
Bear, DE 19701
vs.
FMC BioPolmer
C/o George V. Trumbull, Esq.
200 East Randolph Drive
Chicago Illinois, 60601

**FINAL DETERMINATION AND RIGHT TO SUE NOTICE**

Pursuant to 19 <u>Del. C.</u> § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

### *No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

This No Cause determination is based on the following facts: The evidence and information provided indicates that Charging Party's termination was based on a violation of company policy for inappropriate use of the internet system. Comparative information provided during the investigation indicated that Respondent applies its policies in a consistent manner, and without regard to the employee's race or age.

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit.

1/31/05
Date issued

Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12NC : 8/04

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS**

P.O. BOX 9954

WILMINGTON, DE 19809-9954

"Official Business, Penalty For Private Use $300.00"

60-07-001

Mr. Frank Gillespie
4 Yorkshire Cout
York Farms
Bear, DE 19701



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

*Winner, Delaware Quality Award of Merit*

April 12, 2005

Mr. Dino Petrocelli
129 Emery Court
Newark, DE 19711

Re:     Freedom of Information Act Request
        Gillespie v. FMC BioPolmer
        Case No. 0312210/17CA400204

Dear Mr. Gillespie:

Pursuant to your Freedom of Information Act request, we have retrieved these cases from our central files and will disclose copies of all submissions by the parties and correspondence between the parties and the Department of Labor, as permitted by law. The fee for copies is $.25 for each copy after the first ten (10) pages, which are free of charge. You will be charged for 312 pages; therefore, the copying fee for these files is $78.00. The fee must be paid prior to the release of the copies.

Sincerely,

*Julie K. Cutler*

Julie K. Cutler, Administrator
Office of Labor Law Enforcement

JKC/nym

U.S. POSTAGE

$ 0.278

METER
7117147

WILMINGTON
APR 13 '05
DE

PRESORTED
FIRST CLASS

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS**

P.O. BOX 9954
WILMINGTON, DE 19809-9954

60-07-001

"Official Business, Penalty For Private Use $300.00"

Mr. Frank Gillespie
4 Yorkshire Cout
York Farms
Bear, DE 19701

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
P.O. BOX 9954
WILMINGTON, DE 19809-9954

"Official Business, Penalty For Private Use $300.00"

60-07-001

Mr. Frank Gillespie
4 Yorkshire Court
Bear, DE 19701

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER    ARGE NUMBER

☐ FEPA  0312210
☐ EEOC  17CA400204

| Delaware Department of Labor | and EEOC |
|---|---|

(State, or local Agency, if any)

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Frank S. Gillespie | (302) 838-2115 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 4 Yorkshire Court  Bear DE 19701  NCC | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one, list below.*)

| NAME | NO. OF EMPLOYEES OR | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| FMC BioPolmer | MEMBERS 150 | (302) 451-0100 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE |
|---|
| 1301 Ogletown Road  Newark, DE  19711 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE |
|---|
| |

| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☒ AGE<br><br>☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST   12/2/2003<br>LATEST     12/2/2003<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I. I am a white individual over the age of 40 years old who began working for Respondent on 05/30/00, most recently as the Maintenance Engineer and the Maintenance Supervisor. As a function of my position I routinely send and receive many e-mails every day. I had my e-mails organized into folders on my computer, as a way to prioritize my work. My computer was open to anyone 24 hours a day 7 days a week because I had contractors and FMC employees using my computer for Internet research. In August 2003, I had received an e-mail containing a joke and forwarded this e-mail to a few people. After this joke was forwarded I was asked by management about a jokes folder I had on my computer. After discussing this with management I deleted this folder and all emails I received afterwards were immediately deleted and not opened. Routinely, I would come to work on Monday and have numerous outside emails. After being warned by management I always deleted unknown emails and did not open them unless I was aware of their origin. On November 14, 2003, I received an e-mail from Ted Butz on the Policy on Electronic Communications. On December 2, 2003, I was terminated.

II. Respondent stated I was terminated for posessing a joke folder in my email with inappropriate material.

III. I believe I have been discriminated against in violation of the Age Discrimination in Employment Act , Title VII of the Civil Rights Act, as amended and the Delaware Discrimination in Employment Act based upon my race (white) and age (over 40 years old) because: 1. Other employees who sent and received this same email were not disciplined, including Tom Harris (Shift Supervisor, black, under 40 years old), and John Crosier (Shift Supervisor, white, under 40 years old) 2. Another employeeRon Meyer (Staff Material Specialist, white, over 40 years old) was also disciplined for sending and receiving this email 3. I was the only employee terminated for my involvement in the sending & receiving of this email.

| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>12/3/03         *Frank S. Gillespie*<br>Date          Charging Party (Signature) | NOTARY - (When necessary to meet State and Local Requirements)<br><br>Subscribed and sworn to before me this date          (Day, month, and year) |

EEOC FORM 5          PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED
REV 6/92

# EEOC AFFIDAVIT

| harge #: | Date:  12/31/03 |
|---|---|

## Charging Party Information

ame:   Frank S. Gillespie

| treet:  4 Yorkshire Court | City:   Bear |
|---|---|
| ounty:  NCC      State:  DE | Zip:    19701 |
| el (H): (302) 838-2115 | Tel (W): |
| OB:                Sex:  Male | Race:   White |
| lat'l Origin: U.S. | SSN: |

## Contact Person

| Name:   Don Gillespie | |
|---|---|
| Tel (H): (302) 659-1153 | Tel (W): |
| Address: | |

## Employment Information

Date of Hire: 05/30/00
Date of Termination: 12/02/03
Date of Alleged Violation: 12/02/03
Relief Sought: Other Damages
Check One: ☐ working   ☐ not working   ☐ sought employment at

## Respondent Information

Name:   FMC BioPolmer
Address: 1301 Ogletown Road  Newark, DE  19711
Type of Business: Pharmaceutical Manufacturing
Size of Business: 150

## Basic Charge Data

| Receiving Office: 17C | Intake Unit: 1 |
|---|---|
| Accountable Office: 17C | Intake Officer: mss |
| Initial Inquiry: 12/30/03 | Respondent Type: E |
| Received this Office: 12/31/03 | County: 003 |
| Source of Complaint: A | SMSA: 9160 |
| Federal Referral Transfer: | SIC: 289 |
| Alleged Basis: OA, RW | Federal Agency: |
| | Alleged Issues: D2 |



STATE OF DELAWARE DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
MEDIATION DEPARTMENT
4425 NORTH MARKET STREET
WILMINGTON, DE 19802
(302) 761-8316/ FAX: (302) 761-6601

## INVITATION TO ENGAGE IN MEDIATION

Your Name (Please Print): *Frank S Gillespie*

Employer's Name: *FMC  BioPolymer*

_____/     Yes, I would like to engage in mediation of my charge of employment
           discrimination.

_____      I would like more information on the program before deciding.

_____      I am not able to decide at this time whether I want to engage in mediation.

You will be contacted by a representative from our mediation unit within the next 30 days.

*Frank S Gillespie*
Signature

*12/31/03*
Date

## CONTINUATION OF AFFIDAVIT

1. **COVERAGE/RESPONDENT'S BUSINESS:**

2. **RELEVANT WORK HISTORY:**
   I. I am a white individual over the age of 40 years old who began working for Respondent on 05/30/00, most recently as the Maintenance Engineer and the Maintenance Supervisor. As a function of my position I routinely send and receive many e-mails every day. I had my e-mails organized into folders on my computer, as a way to prioritize my work. My computer was open to anyone 24 hours a day 7 days a week because I had contractors and FMC employees using my computer for Internet research. In August 2003, I had received an e-mail containing a joke and forwarded this e-mail to a few people. After this joke was forwarded I was asked by management about a jokes folder I had on my computer. After discussing this with management I deleted this folder and all emails I received afterwards were immediately deleted and not opened. Routinely, I would come to work on Monday and have numerous outside emails. After being warned by management I always deleted unknown emails and did not open them unless I was aware of their origin. On November 14, 2003, I received an e-mail from Ted Butz on the Policy on Electronic Communications. On December 2, 2003, I was terminated.

3. **PERSONAL HARM:**
   I believe I have been discriminated against in violation of the Age Discrimination in Employment Act , Title VII of the Civil Rights Act, as amended and the Delaware Discrimination in Employment Act based upon my race (white) and age (over 40 years old) because: 1. Other employees who sent and received this same email were not disciplined, including Tom Harris (Shift Supervisor, black, under 40 years old), and John Crosier (Shift Supervisor, white, under 40 years old) 2. Another employee Ron Meyer (Staff Material Specialist, white, over 40 years old) was also disciplined for sending and receiving this email 3. I was the only employee terminated for my involvement in the sending & receiving of this email.

4. **RESPONDENT'S EXPLANATION FOR THE ALLEGED HARM AND ITS POLICIES AND PRACTICES:**
   Respondent stated I was terminated for posessing a joke folder in my email with inappropriate material.

5. **DIRECT EVIDENCE:**
   See Attached

6. **WITNESSES:**
   Jeff Brown  (302) 455-9247
   Ron Meyers
   Tom Harris (302) 834-2281

7. **COMPARATIVE DATA:**
   Tom Harris (Shift Supervisor, black, under 40 years old)
   John Crosier (Shift Supervisor, white, under 40 years old)
   Ron Meyer (Staff Material Specialist, white, over 40 years old)

8. **CLASS HARM:**
   N/A

9. **REMEDY/RELIEF SOUGHT:**
   Other Damages

_12/31/03   F.J.L._
**DATE AND INITIAL**

**PAGE #**

**CONTINUATION OF EEOC AFFIDAVIT**

## SIGNATURE PAGE

**his Affidavit has been prepared by a representative of the EEOC in an official capacity as part of an Investigation. It has been read by me and I agree with the contents. Where changes (if any) were necessary, I have initialed such changes.**

affidavit is signed before a Notary Public, complete the following :

_Frank S. Silvasi_
Signature of Interviewee

State of _____                    My Commission expires _____

County of _____

Subscribed and sworn to before me on

This      day of            ,                    _____

20    , at            .                           Signature of Notary Public

Sign below if affidavit is signed before an EEO Representative:

| I declare under the penalty that the foregoing is true and correct. | | | |
|---|---|---|---|
| DATE<br>12/31/03 | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE<br>_m Shelton_ | PAGE<br>OF |

**PRIVACY ACT STATEMENT: (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal date are given below.)**

1.   **FORM NUMBER/TITLE/DATE:  EEOC FORM 133, EEOC AFFIDAVIT, August 1985.**

2.   **AUTHORITY: 42: USC 2000e(9), 29 USC 201, 29 USC 621.**

3.   **PRINCIPAL PURPOSES.  Provides a standardized format for obtaining from the Charging Party, Respondent and Witness sworn statements of information relevant to a charge of discrimination.**

4.   **ROUTINE USES. These affidavits are used to: (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Title VII, Equal Pay Act, and Age Discrimination in Employment Act litigation, to impeach or substantiate a witness's testimony.**

5.   **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide an affidavit has no effect upon the jurisdiction of the Commission to process a charge. However, sworn statements submitted by the parties are, of course, relied upon more heavily than unsworn statements in making determination as to the existence of unlawful discrimination.**

EEOC FORM 133 (8/85)

Bob,

   We are playing voice mail tag, this might be easier. I need a letter stating the last day of my insurance coverage. I need a copy of the letter I sent you and Doug explaining my side of the e-mail. I need a copy of the letter I sent to you Doug and Buff leading to the write up of Dave Miller and the write reprimand of Dave Miller. I need copies of the e-mail which caused me to be terminated; the e-mail page showing where it came from and the attachment, the attachments pictures. Also, can you tell me how many e-mail folders I had on my personal assigned computer (Personal Archives and Lotus Notes).

12/22/2003 @ 3:36 P.M.   sent e-mail
Called and lefted message of e-mail and my request of informa...

Talked to Bob Yox 12/5/2003 @ 6:00 P.M. in the FMC Parking Lot, Bob gave me some personal file informa...
I need to start my resume. Bob Yox stated that he knew that I was set up. I requested copies of the e-mails which lead to my termination. I need a copy of the e-mail with the sender name and address, also a copy of the attachment. Bob stated that he would get back to me.

12/16/03 Called Bob Yox @ 6:30 P.M. requesting the information asked - lefted message.

12/17/03 Called Signe @ 7:30 A.M. requesting her for the information from Bob Yox. - lefted message.

12/18/03 Called Bob Yox @ 7:45 A.M. - left a message requesting   1. Health insurance ending date.
  2. a copy of the letter I wrote to him & Doug in
     my defense.
  3. a copy of the letter I wrote Dave Miller up for
     and the write up.
  4. Copies of E-Mail w/ attachments which caused
     my termination.
  5. Number of E-Mail folders on my Lotus Note...

12/22/03 Sent Bob Yox an e-mail and lefted him a voice mail message @ 3:36 P.M.

12/29/03 Called Bob Yox for requested items - lefted a message on his voice mail 10:30 P.M.

NAME: _Frank S Gillespie_          .  DATE: _12/30/00_

# REMEDY INFORMATION

1.  If your charge alleges failure to hire or failure to promote, what was the salary or salary range of the job you applied for? $_____ . What was the salary of the position you held at the time you applied for the position in question?  $_____ .

2.  If your charge alleges discharge or suspension without pay, what was the salary of the position you held at the time of discharge or suspension?  $ _68,500.__ .

3.  If your charge alleges demotion, what was the salary of the position you held before you were demoted? $_____ . After you were demoted? $_____ .

5.  Other than loss of salary, what money have you lost as a result of the alleged discrimination (e.g., cost of looking for new job, cost of health insurance you had to buy, etc.)?  Describe each type of loss and provide an approximate dollar value for each type of loss.  (NOTE:  You should save receipts or other proof of all such expenses.)

    _Health Insurance_

    _Office Supplies for Job Search_

    _Life Insurance And IRA Accounts_

6.  Other than monetary losses, what losses have you incurred as a result of the alleged discrimination (e.g., loss of seniority, no longer being part of a pension plan, loss of company car, had to seek psychiatric services)?

    _Lost of Seniority_

    _Lost of Pension Plan_

5/96

## REMEDY INFORMATION (p. 2)

7. What relief or remedy are you seeking in response to filing a charge with EEOC?

Clear my work record

All back pay & vacation time

Lawyer Fees

8. If your charge alleges discharge or failure to hire, have you obtained other employment since the date of the alleged discrimination? If yes, please indicate the date of employment and the salary you earn with this new employer. (If there has been more than one employer, please indicate all dates of employment and salary with each employer since your date of discharge or the date you were denied hire by the employer named in your charge.)

Unemployment Benefits

**I declare under penalty of perjury that I have read the above statements and that they are true and correct.**

Name: _Frank S Gillespie_    Date: _12/30/2003_

# CONDUCT-RELATED DISCIPLINE QUESTIONNAIRE

1.  Provide your employment history with the Respondent employer as follows:

    a)    date of hire: _5/30/2000_

    b)    position title at time of hire: _Maintenance Engineer_

    c)    position title at time of most recent discipline:

    _Maintenance Engineer_

    d)    date you were selected for the job you held at the time of the most recent discipline:
    _5/30/2000_

    e)    name of section/department at time of most recent discipline:

    _Maintenance/Engineer Department_

    f)    name and title of your immediate supervisor:

    _Doug DeHart    Maintenance/Engineer Manager_

2.    Describe the most recent discipline (discharge, suspension, demotion, etc.) given you:

    _I had a joke file folder in my e-mail with_

    _inappropriate material._

3.    What explanation was given to you as to the reason(s) for your receiving this most recent discipline?

    _Violation of the e-mail policy_

5/96

## CONDUCT-RELATED DISCIPLINE QUESTIONNAIRE (p. 2)

4. On what date were you told of the discipline to be given you?

   *12/2/2003*

5. Were you informed orally or in writing of this discipline?

   *Orally*

6. What are the name and the title of the person who informed you of the discipline to be given you?

   *Bob Yoei   HR Manager*

7. If known, what are the name and the title of the person(s) who recommended that you receive this most recent discipline?

   *Upper Management in Philadelphia Office*

8. What is the discipline policy related to the rules, policies or practices which you were charged with violating?

   *E-Mail Policy - Policy on electronic Communication*

9. How do you know what the discipline policy is?

   *Dealing the Union Contract - Verbal, Verbal Written,*
   *written & termination.*

10. Did you commit the offense(s) or violate the rule(s) for which you were disciplined? If not, what is your version of what happened and how can you demonstrate that you did not commit this offense?

    *I was not aware of the E-mail policy when I was*
    *confronted I explain to the HR & Department Managers*
    *I was not aware that I committed any violation.*

### CONDUCT-RELATED DISCIPLINE QUESTIONNAIRE (p. 3)

11. What disciplines have you previously received? Describe each discipline including the date, reason, type of discipline, and name and title of your immediate supervisor at the time of each discipline.

_None_

12. Identify all persons who have committed offenses/rules violations similar to those you were charged with committing, but who received a lesser discipline than you received. For each person named, provide the following information (adding pages to complete your answer if more than one person is named).

➔ 1).
   a) name: _Ron Meyer_

   b) race _White_ , sex _Male_ , national origin _US_ , and approximate age _54_ .

   c) job title: _Staff Materials Specialist_

   d) name/job title of immediate supervisor: _Victor Schimmenti_
   _Eastern Alliance Manager_

   e) description of what offense or violation the person committed:
   _E-Mail Policy Violation ( started the E-Mail)_

➔ 2). _Tom Harris, Race - Black , Sex - Male, US, approximate age_
   _35, Job Title - Shift Supervisor, Immediate Supervisor_
   _Frank DiChristina Production Manager._

➔ 3). _John Crosier, Race - White , Sex Male, US, approximate age_
   _35, Job Title - Shift Supervisor, Immediate Supervisor_
   _Frank DiChristina Production Manager._

## CONDUCT-RELATED DISCIPLINE QUESTIONNAIRE (p. 4)

f)    type of discipline, if any, given to this person:

_WRITTEN WARNING - Ron Meyer_

_Tom Harris and John Crosier - was not disciplined_

g)    when did this occur? _12/8/03_

h)    which management officials, by name and title, were aware of this offense/rules violation?

_Upper Management in Philadelphia_

_Victor Schimmenti   Eastern Alliance Manager_

i)    how do you know about the above circumstances?

_Called and talked to Ron Meyer and Tom Harris_

13.    Identify all persons who have committed offenses/rules violations similar to those you were charged with committing and who were disciplined in the same manner as you were. For each person named, provide the following information (adding pages to complete your answer if more than one person is named):

a)    name: _Local Union 13028_

b)    race _Black_ (White, Asian), sex _Female_ (Male), national origin _US_ and approximate age

c)    job title: _Union Membership_

d)    name/job title of immediate supervisor: _FMC Management Staff_

_Bob Yori HR Manager_

e)    description of offense or rules violation this person committed

_Internet Policy Violation_

## CONDUCT-RELATED DISCIPLINE QUESTIONNAIRE (p. 6)

15. Why do you believe that you were discriminated against because of your race, sex, color, religion, national origin, age, disability or in retaliation in a manner made unlawful by the statutes administered by EEOC?

My termination was due to Retaliation of the Union President and failure of the FMC management Responsibilities (Union President is a Black Male).

Ron Meyer received a written warning (white male 54 years of age).

Tom Harris received no discipline (black male, est. 35 years of age).

John Crossie received no discipline (white male, est. 35 years of age).

\* Additional history of disciplinary actions:

Dave Miller (black male) for stealing a desk received 1 week off 1995.

Jack Temple (white male) for intentional harassment, intimidation - first time got a verbal warning and the second time got a written warning (I have documentation).

Kai Keys (Asian Women) got 3 days off for a safety issue, flooded production and lab areas with 130 degree C hot water, 2003. This was because of other disciplinary history she had against her (confirmed by Jeff Brown 12/29/03 @ 11:30 A.M.

**I declare under penalty of perjury that I have read the above statements and that they are true and correct.**

_Frank S. Sillapis_ _____    _12/30/03_ _____
**Signature**                           **Date**

INFORMATION QUESTIONNAIRE
OFFICE OF LABOR LAW ENFORCEMENT

Please answer the following questions. A representative who specializes in discrimination law enforcement will talk with you after you complete this form. Please print. Completion of this form does not constitute the filing of a Charge.

FULL NAME: _Frank S Gillespie_

STREET ADDRESS: _4 Yorkshire Court_     2003 DEC 10 A 11:06 _York Farm's_

CITY: _BEAR_     STATE _DE_     ZIP: _19701_

TELEPHONE (HOME): _302-838-2115_   (WORK): _____     AGE: _48_

BIRTHDATE: _,_   ____ SOC. SEC. NO. ____     SEX: _Male_   RACE: _White_

COUNTRY OF BIRTH: _____

What employment action was taken against you? What harm has it caused your work situation as a result?____

_Job termination - No income_

_Employers see termination on Resume_

I believe this action was taken against me because of (check all that apply):

☑ Race     ☐ Religion     ☐ Sex     ☐ Disability     ☑ Age
☐ National Origin     ☐ Marital Status     ☐ Genetic Information     ☐ Color
☑ Retaliation (explain) _I wrote up the Union President_

☐ Other (explain) _____

This action was taken against me by (check all that apply):

☑ Employer     ☐ Labor Organization     ☐ Employment Agency

Company _FMC BioPolymer_     Telephone # _302-451-0100_

Delaware Street Address _1301 Ogletown Road_

City, State, Zip _Newark DE 19711_

Number of Employees _150_   Date(s) of employment _5/30/2000 - 12/2/2005_   Date(s) of action _12/2/03_

_Frank Gillespie_     _12/10/03_
Signature     Date

Revised 9/03

Name: _____     _____ Date: _____

# WITNESS QUESTIONNAIRE

Identify all witnesses who you believe have information which would support your allegations. For each witness identified, provide his/her name, address (if known), phone number (if known) or other means to contact the witness. In addition, indicate what type(s) of information you believe the witness can provide:

## WITNESS

Name and Job Title: _Jeff Brown (Maint. Mech.)_ _____

Home Address:     _____
(*if known*)      _____
                  _____

Home Telephone: ( _____ ) _____
This witness can provide the following information in support of my charge:

_____

_____

_____

_____

_____

_____

## WITNESS

Name and Job Title: _____

Home Address:     _____
(*if known*)      _____
                  _____

Home Telephone: ( _____ ) _____
This witness can provide the following information in support of my charge:

_____

_____

_____

_____

_____

_____

2/97                                    Use additional pages if needed

## AUTHORIZATION TO MAKE CORRECTIONS

I, _Frank S Gillespie_____, authorize _____,
and/or the Department of Labor, Office of Labor Law Enforcement representatives to make any
corrections or additions necessary to file my Charge of Discrimination.  I understand that I will
receive a copy of the final Charge of Discrimination within two weeks of filing.


_12/30/03_
Date

_Frank S Gillespie_
Charging Party's Signature