IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK GILLESPIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-715-KAJ |
| | ) |
| FMC BIOPOLYMER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of October, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $46,800. (D.I. 1)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge