OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.# _05-715 KAJ_____

CASE CAPTION: _Gillespie_____ v. _FMC Biopolymer_____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

        I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _11/8/05_____     Signed: _Frank Gillespie_____
by Plaintiff:                                          Pro Se Plaintiff

Date Received _11/16/05_____     Signed: _Beth Dunci_____
by Clerk's office:                                      Deputy Clerk

Note:  If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_11/1/05_____
Date mailed

_Bob Cruikshank_
By Deputy Clerk

FILED

NOV 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04





Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington DE 19801

Frank Pillegu
# Robelin Court
Yak Farm
Bear, DE 19701