*Answer why my case should not be Dismissed.*

Below is policies violated without any disciplinary actions taken to a black male employee, as a result of my termination:

   1). Code of Ethics - Employee Responsibilities.
   2). Code of Ethics - Conflict of Interest.
   3). Code of Ethics - Employee Occupational Health and Safety.
   4). Code of Ethics - Compliance with Laws, Agreements and Practices.
   5). Code of Ethics - Compliance and Discipline.
   6). Policies for Equal Employment Opportunity and A Harassment-Free Workplace.

Below is policies violated by the company - not communicated or followed:

1). Code of Ethics - Management Responsibilities.
2). Code of Ethics - Compliance with Laws, Agreements and Practices
3). Code of Ethics - The Ethics Oversight Committee and Violation Reporting.
4). Policies for Equal Employment Opportunity and A Harassment-Free Workplace.

The Newark Site Disciplinary Policy for all employees:

             1st violation - verbal warning.
             2nd violation - written verbal warning.
             3rd violation - written warning.
             4th violation - termination.

Frank Gillespie vs. FMC BioPolymer                    Civ. No. 05-715-KAJ

FMC allowed a male of another race violate company policy during the same time I was
terminated. This was the same policy I was terminated for, which FMC Managers did not
properly communicate. This black male forward and kept this e-mail on his computer
during the same time as I did. This is discrimination against me, because the HR Manager
stated to this black male "that nothing is going to happen to you it is a dead issue" replied
Tom Harris (witness - the black male).

The only employee handbook issued during my employment with FMC was the Code of
Ethics booklet. FMC allowed a male of another race violate several policies in the Code
of Ethics booklet. This black male kept the e-mail (same e-mail I forward as I received it)
sent to him by someone else in his FMC e-mail account. HR Manager was aware of this
and this black male never received any disciplinary actions. This black male used this e-
mail against me in retaliation as I was performing my job task. This same black male
made threats toward me in front of other employees that he was going to get rid of me.
Jeff Brown the 3-11 Mechanic stated to me after he heard him say it. This black male
bypassed policy and went to the Corporate Headquarters in Philadelphia to get me
terminated. On his way to Philadelphia he got into an auto accident. He posted a picture
of his car on the bulletin boards with a statement, his supervisor caused this.

The FMC HR Manager stated "I know you were set up." Dave Miller the black male in the
above paragraph used the e-mail I forwarded in August 2003 (to a Manager and Supervisors
only) as a trump card to get me terminated. This black male was aware of the policy
violation, but still kept this e-mail in his computer account and did not receive any
disciplinary actions. Dave Miller used this against me in October 2003.

I did not receive any complaints or disapprovals of the e-mail I forwarded in August. I
communicated to the IT Support and my Department Manager of the several hundred e-mails
I was receiving daily. I wrote back to the e-mail sender; please take me off you e-mail list.
These e-mails continued to come to my e-mail account. FMC put my e-mail address on my
business card; I did not sign any approval to do this. Len Earl was the IT Support Person,
Kirk Beshore and Doug DeHart (hired after Kirk left) were my Department Managers and
Jerry Daniels I/E Engineer my office mate. It was communicated to the HR Manager I did
not do not open all of e-mails sent to me. I put e-mails in folders as I prioritized my work
load.

My Computers and Office was available to any employee 24 hours a day 7 days a week. My office and computers were available to contractors as well. My computer was left open to anyone each time I left my desk. I did not close out any programs each time I was pulled to go to the field for problems and questions. Contractor Witnesses are Ed Riedel of Riedel Inc., John Hoffmann of Diamond State Mechanical and Tim Henson of York International.

I was performing the task I got hired in for Maintenance Engineer. I also was performing the tasks of Project Engineer, after FMC down sized the management staff. Then I was given the Maintenance Supervisor position on top of my hired duties. I explained to my Manager, I was hired in as a Maintenance Engineer, but I will perform any tasks given. I did not receive any compensation for the extra duties given. My office mate Jerry Daniels I/E Engineer (black male) continued to perform his hired duties.

FMC Harassment free policy is posted on the bulletin boards through the plant. Following Management directions and performing my job duties, I received several threats from employees stating that some employees are out to get me terminated. This feedback was coming from my office mate (witnesses) Jerry Daniels I/E Engineer, Mechanics Tony Cicione, Gary Sweatt and Jeff Brown. These threats were communicated to my manager and at department staff meetings. I documented and pursued two threats which were publicly directed at me.

The HR Manager during my termination, as we were talking - stated there was child porn. I requested the copy of that e-mail and who sent it. I explained to him again, I did not open all of my e-mails, I filed e-mails in folders. I did not have time to read all of the e-nails I was receiving. This HR Manager Bob Yori made this comment to me twice, once in his office and the other in the parking lot. I had a contractor make this statement to me as what he heard, Victor Colbert of Victor Colbert Construction. I was at the Wilmington trust bank when an old friend made this statement to me Bobby Johnson. I was at the Concord Mall when Mike Sianni made the statement to me. The HR Manager Bob Yori had personal gain from my termination, the old Standard Chlorine Plant shutdown and he wanted to get his friends from there hired with FMC (which he did).

During the summer of 2003 I had health problems, in July I had my gall bladder removed. This is around the time the Maintenance Mechanics were audited for miss-use of the Internet (porn sites). Jerry Daniels or I was not invited to any of these proceedings. When this was communicated, it was communicated as an Internet violation. Not at anytime did our Manager include the E-Mail Accounts or e-mails as part of the violation.

Dave Miller (a black male) violated policy by committing retaliation and personal gain. He achieved my termination by retaliating against a write up my Manager requested me to put in on Dave. Dave gained the write up dropped after performing several policy violations and using the race card. Dave stated "he was being discriminated against to the Managers."

The Maintenance Shop and Engineering bulletin boards were my responsibility. Not at any time did my Managers communicate or issued me a copy of the Electronic Policy to be posted. What were posted were preventative maintenance schedules, overtime, department issues, site events, and State of Delaware Discrimination and Harassment policy.

When I found out about the Electronic Policy; after my Manager communicated it to me, I deleted everything I kept in a joke folder. I did explain that I was not aware of a policy violation until the policy was reviewed to me. I stated to my manager I will delete all e-mails if not work related. I also requested to have my e-mail address removed from my business cards (FMC put e-mail address on cards).

The e-mail used against me was sent to me by Ron Meyer who received a written warning. I never got on the Internet porn sites to forward e-mails. All e-mails I forward e-mails, which came from other site employees or from someone who got my e-mail address. Ron Meyer is a FMC employee we used to perform equipment inspections and is a witness stating I did not have time to stay at my computers.

I do not have counsel representation at this time. During my termination all of the lawyers were overwhelmed with cases. I did talk to one Lawyer who could not take my case for the same reasons, I asked for a price if they could take my case - $20,000.00. At the time of my termination I had a house mortgage, car payments, college bills and family of five to support. I was out of work until July of that year. I took a contract job as a Project Engineer with no given time frame. That position could have been five years or five months. This year (March) I accepted a position with PQ Corporation as an employee. If this case continues, I will continue to seek counsel.

My name is Jerry Daniels; I shared an office with Frank Gillespie for three years. I was hired as an E & I Engineer and Frank was hired as a Maintenance Engineer. I came one month after Frank. My hiring orientation was never completed. Frank showed me his schedule, which had his orientation incomplete. We did not have our orientation with the HR Manager on polices. We both communicated this to our Department Manager.

After less than one year being with FMC, they were cutting their work force by twenty percent in the salary group. In our Department we lost four people, two Project Engineers, one Storeroom Supervisor and one Planner & Scheduler. I know Frank picked up the responsibilities of the Project Engineers, Storeroom Supervisor and kept his hired duties as a Maintenance Engineer.

The following year, Frank had some health problems he was seeing his Doctor for and his Mother was ill. In July 2002, Frank had an operation. During this time, the Maintenance Mechanics were being talked to about misuse of the Internet. This was a closed meeting with the Maintenance Supervisor Steve Scott and Kirk Beshore. What I heard was some mechanics were visiting porn sites on the Internet. Not at any time did our Manager review any polices with his staff (Engineers). Not at any time did our Manager ever relate the Internet Policy or the E-Mail Policy as one Policy. Frank e-mailed me the sizing joke in August and I did not find it offensive. I have sent e-mail jokes and chain letters out also. Frank had Contractors and Vendors in our office using his computers. Frank was always being pulled from his office for mechanical support, projects, equipment failures, etc. I know that Frank did not view porn on the Internet, download porn or e-mail porn from the Internet. Not at any time did our Department Managers ever communicate policies, policy changes or policy infractions to his staff.

Our Department Manager Kirk Beshore was setting up SAP Maintenance Module in the SAP System. I was in charge of the start up and employee training for the SAP Maintenance Module. Steve Scott was moved over to the Scheduler & Planner Position and Frank was made the Maintenance Supervisor. Frank was performing his Maintenance Engineering duties as well as Project Engineering and Storeroom. Frank performing the Maintenance Supervisor role created more traffic in and out of the office. I could not get my work done with all of the distractions. I moved to a vacant office so I can perform my assigned duties.

In October during the start of shutdown, Dave Miller came on site to find out why the Mechanics were not scheduled for overtime. Frank explained to Dave the reason, because they were still working 10-hour days. Dave Miller could not except the answer and started to curse Frank and making threats. Our Department Manager Doug DeHart heard about this and instructed Frank to write Dave up. When Frank wrote Dave up, Dave started to retaliate against Frank to get him terminated. Dave violated several policies to get Frank fired. Dave had an e-mail on his e-mail account from another employee of the e-mail sizing Frank sent to five staff personnel. Dave bypassed chain of command and went to the Head Corporation in Philadelphia. Dave got into a Car Accident on his way to Philadelphia and the following day he posted pictures of his car with a statement stating, "This is what happens dealing with Management."

When Dave was in Philadelphia, he was very offensive to IT Support and other upper Managers. Dave made treats that he was going to get Frank terminated, he has a trump card against Frank for porn.

It wasn't until November went Frank got called to the HR Managers Office about an e-mail he sent out in August. After Frank's meeting with the HR Manager, the Managers were communicating the Electronic Policy to the employees. At this time the Plant Manager had a meeting with all of the management staff about the e-mail sent out in August. Not one person found it to be offensive or communicated back to Frank he violated a company policy. As I was one who received the e-mail as well as a department manager.

I know Frank was receiving hundreds of e-mail each day and he reported it to IT Support and our Manager. He replied back to the e-mail senders' do not send. Frank was receiving a thousand of e-mails each week. Frank would file all of the e-mails he recognized and continue to delete the other mail daily. Frank did not have time to open the filed e-mail due to his workload.

I was hired in as an E & I Engineer and I was assigned to everything but. Before Frank got terminated, FMC had me working on the Storeroom Inventory Reduction. I was performing the Purchasing Controller's job. Frank continue to perform multi-tasking position, he was hired in as a Maintenance Engineer. If Frank was informed of the policy, he would not have forward any e-mail jokes. I know Frank did not upload or download anything on the Internet to e-mail to anyone. We were never issued any employee handbook or had access to an employee handbook. Our Department Managers never reviewed any Company Policies to us! FMC allowed Dave Miller to violate Company Policies without any disciplinary action.

I am a witness that Frank was threatened, harassed and discriminated against. Our office and computers were open to anyone, 24 hours a day, 7 days a week. Frank had contractors and FMC Employees using his computer. Not during our hiring or at any staff meetings did any management state the e-mail is for company use only!

Frank Gillespie
4 Yorkshire Court
York Farms
Bear, Delaware 19701
Home Phone: 302-838-2115
Work Phone: 302-576-8617
E-Mail: gillespiefra@aol.com

July 7, 2005

State of Delaware
Department of Labor
Division of Industrial Affairs
4425 North Market Street
Wilmington, Delaware 19802

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

Representatives of the State of Delaware and Equal Employment Opportunity Commission,

Attached to this letter is a copy of the check made out to the State of Delaware for $78.00, to purchase copies of FMC's statement. In the June 30, 2005 letter I wrote and mailed to you had a copy of another case in the envelope address to me. Reviewing the copies I paid for and talking to a lawyer I discover a corresponding right to sue notice. I did not receive this letter until May 5, 2005, when I picked the purchased copies.

I was terminated for E-Mail violation, not inappropriate use of the internet system. I was performing several title duties and was receiving a large volume of e-mail daily. In order to keep up with high priority e-mails, I filed all e-mails in folders and open them when and if I could get to them. The respondent stated that they applies its polices in a consistent manner, and without regard to the employee's race or age. This is not true; FMC allowed employees of another race keep porn as I was terminated for in their e-mail to use against me as a trump card. I never went on the internet to retrieve any porn, all of the jokes were sent to me by internal employees and outside contacts. If this was a violation, why didn't a flag go up/warning on the e-mail file stating illegal action or inappropriate e-mail.

Attached to this letter is my response to the false allegations of FMC BioPolymer. I do not understand how a judgment can be made without both parties being able to respond to the others claims. I requested copies of the e-mails with attachment to show who sent it from FMC BioPolymer. I did not receive anything from FMC and I had to pay to get a copy of their claims from the State of Delaware.

**Frank Gillespie's response to FMC's allegations:**

The policies and practices were not available to the employees; FMC was building an electronic data base. As they were approved they were posted, then it was the Department Managers responsibility to communicate them to their staff.

If the policies were periodically revised and republished, then where are the MOC Training Forms with employees' signatures?

Response to Exhibit A-1: During my orientation I did not receive an employee handbook with policies and procedures. I received the Code of Ethics Booklet and Harassment Free Work Place. My orientation with the HR Manager never took place, I was scheduled but the HR Manager could not find time.

Response to Exhibit A-2: The Electronic Communication Policy was issued Date 4/1/2003, It was the Department Managers responsibility to communicate and train their staff on this policy. Where is the MOC Training Form signed by the employees? Policies and Procedures were not posted on the bulletin boards. All employees on site treated the Internet and the E-Mail as two separate devices; they never related them as being the same – Electronic Communication Policy.

Exhibit B-1 and B-2: This was not communicated, where is the MOC Training Form signed by the employees?

Exhibit C-1 and C-2: This memo was communicated as Internet usage, not at any time did they include e-mail usage. Where is the signed employees MOC Training Form? This is the first time I seen the May 2003 issued memo.

Exhibit D: Where did the memo mention Electronic Communication Policy, E-Mail Policy or Internet Policy?

Exhibit F: I did not receive any negative feed back from anyone of the person I forward the e-mailed to or did anyone explained to me that I violated a company policy. I never made the statement to Bob Yori, "Probably since I started with the Company." Bob Yori did state he receives jokes from e-mail, but he forwards the e-mail to his home address. I did explain to Bob Yori, I receive several e-mails daily. I did not have time to open them, so I put all of the e-mails in folders. I could not find the time to review or delete all of the e-mail in the different folders. The other site employees were interviewed months after the e-mail was sent. Bob Yori stated that Dave Miller used this as a trump card for retaliation. This is a violation of policy – Code of Ethics and Harassment Free Work Place! Dave Miller also made threats to me, that he was going to get me fired. This was communicated to Bob Yori and my Department Manager.

Exhibit G: The letter I wrote states that I was not aware I was breaking any e-mail policy. I was shock and was on the defensive, this took me by surprise. I did not know what to do, so I wrote this letter to explain my view toward this matter. The policy was not communicated to me, if it was where is the MOC Training Form with my signature?

Exhibit H: This happen after I was terminated and I expressed that I was going to file suite against FMC.

Exhibit I: As I stated, I filed all of my e-mails in folders due to the large volume of e-mails I was receiving. This was communicated to the IT Support Person and my Managers.
I communicated to my Manager the treats I was receiving and the harassment from the department; watching and wanting to know everything I was doing.
My Managers and the Mechanics in the department was aware that I kept all my e-mails in folders. My computer was available 24 hours a day 7 days a week. Contractors and Mechanics use my computer. When I got called from my office, I never shutdown my computer – my e-mail was open.
FMC advertised my e-mail address on my business cards; I did not wave any rights of my privacy.
FMC is not telling you the policy that all Training, Meetings and Communication sessions must have a MOC Training Form with signatures of the employees and trainers. This document was required for audit documentation.

FMC is not telling you they did not have employee handbooks for their employees. I asked for an employee handbook when I was hired, I was told that they did not have any. The employee handbook has the policies and procedures written in it for the employee. As of 12/3/2003, FMC still did not have an employee handbook.

It was not my responsibility to train myself or other department employees on the FMC policies. It is the Department Manager's responsibility as noted in the Code of Ethics Booklet.

How can other employees of a different race keep the same material in their e-mail and use it to retaliate against another employee. Bob Yori told these employees don't worry about anything nothing will happen to you.

During my employment with FMC they were continuing to develop the electronic file system for their polices and procedures.

Bob Yori violated the Code of Ethics Policy by having personal gain. I rejected a person he wanted to hire for the maintenance shop. After I was terminated he hired this person and another person he worked with to take my position as the Maintenance Engineer. Both of these individuals came from the old Standard Chlorine Plant.

I was performing multi-position tasks; Maintenance Engineer, Maintenance Supervisor, Project Engineer and Store Room Supervisor. I was hired in as a Maintenance Engineer; Maintenance Supervisor was Steve Scott, Project Engineer was Bob Kreigann and the Store Room Supervisor was Carl Elkins.

I am a husband with a three daughters, I would not risk my future or my family's future over a violation of ·a policy. I had an outstanding work record and work ethic. If I was trained or if the policies were communicated to me this would have never happen. I believe I was set up for failure.

Method: Safety #17
Revision: 6
Date: 09/00
Page: 12 of 18

Appendix A

## MOCR TRAINING DOCUMENTATION FORM

MOCR Number: _____

MOCR Title: _____Boiler Technology_____

| TRAINEE | SIGNATURE | DATE | INSTRUCTOR | VERIFICATION OF UNDERSTANDING (Instructor to Complete) |
|---------|-----------|------|------------|--------------------------------------------------------|
| Gary S Sweatt | Gary Sweatt | 4-17-01 | Tom Gears | ☑ ORAL ACKNOWLEDGEMENT<br>☑ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☑ OTHER: (SPECIFY) FMC Boiler Manual |
| Louis F Sanchez | Fred Sanchez | 4-17-'01 | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| JAMES M Camatski | Jim Cames | 4/17/01 | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| Tony Cicione Jr | Tony Cicione | 4/17/01 | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| Bob Jones | Bob Jones | 4-17-01 | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| Scott Shockley | Scott Shockley | 4/17/01 | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| D Miller | D.G. Miller | 4/17/01 | ✓ | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| | | | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| | | | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| | | | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |
| | | | | ☐ ORAL ACKNOWLEDGEMENT<br>☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION<br>☐ OTHER: (SPECIFY) |

Form May Be Copied

Method: Safety #17
Revision: 6
Date: 09/00
Page: 12 of 18

## Appendix A

## MOCR TRAINING DOCUMENTATION FORM

MOCR Number: _____

MOCR Title: SKF Laser Alignment Tools & Products Seminar

| TRAINEE | SIGNATURE | DATE | INSTRUCTOR | VERIFICATION OF UNDERSTANDING (Instructor to Complete) |
|---|---|---|---|---|
| Frank Gillespie | Frank Gillespie | 9/4/2002 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Tony Cicione | Tony Cicione | 3/4/02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Gary Sweatt | Gary Sweatt | 3/4/02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| JAMES KAMINSKI | J. Tim Carmuel | 3/4/02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| David Bowen | Dayle Bon | 3/4/02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Jeff Brown | Jeff Brown | 3-4-02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Lou Sanchez | Lou Sanchez | 3-4-02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Bob Davis | Robert Davis | 3-4-02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Mike Flocco | Michael Flocco | 3-4-02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Jack Teague | Jack Teague | 3-4-02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| Scott Stockdale | Scott Stockdale | 3-4-02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |
| David Miller | David E. Miller | 3/4/02 | | ☐ ORAL ACKNOWLEDGEMENT  ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION  ☐ OTHER: (SPECIFY) |

Form May Be Copied

**Appendix A**

## MOCR TRAINING DOCUMENTATION FORM

Method:
Revision:
Date:
Page:

Safety #17
6
09/00
12 of 18

MOCR Number: _____

MOCR Title: _____GMP Updated Safety_____

| TRAINEE | SIGNATURE | DATE | INSTRUCTOR | VERIFICATION OF UNDERSTANDING (Instructor to Complete) |
|---------|-----------|------|------------|-------------------------------------------------------|
| Frank Gillespie | Frank Billespie | 7/17/02 | Scott Stockley | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| DAVID Miller | | 7/17/02 | Jerry Daniels | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Jack Temple | | 7/17/02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Louis F. Sorenson | Louis F Sealy | 7/17/02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Walter E. Johnson | Walter E. Johnson | 7-17-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Gary Sweatt | Gary Sweatt | 7.17.02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Bob Davis | Bob Davis | 7-17-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Debbie Christie | | 7-17-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| DAVID Bower | | 7-17-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Scott Stockley | | 7-17-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Jerry Daniels | Jerry Daniels | 7-17-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |

Form May Be Copied

Method: Safety #17
Revision: 6
Date: 09/00
Page 12 of 18

**Appendix A**

## MOCR TRAINING DOCUMENTATION FORM

MOCR Number: _____

MOCR Title: _____Roof Repair (Foam)_____

| TRAINEE | SIGNATURE | DATE | INSTRUCTOR | VERIFICATION OF UNDERSTANDING (Instructor to Complete) |
|---------|-----------|------|------------|--------------------------------------------------------|
| Frank Gillespie | Frank Gillespie | 1/16/02 | Dick Gafar | ☑ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Mike Flocco | Michal Flocco | 1-16-02 | EASTERN APP. | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Luis Sauchez | Luis Sauchez | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Robert Davis | Robert Davis | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Steven Scott | Steven Scott | | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Steven Srozy | Steven Srozy | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Gary Sweatt | Gary Sweatt | 1/6/02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| DAVID Bowier | Glory B | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Scott Shockley | Scott Shockley | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Jerry Daniels | Jerry Daniels | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Tony Ciccone | Tony Ciccone | 1/16/02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |
| Walter Johnson | Walter Johnson | 1-16-02 | | ☐ ORAL ACKNOWLEDGEMENT ☐ WRITTEN TEST OR ON-THE-JOB DEMONSTRATION ☐ OTHER: (SPECIFY) |

Form May Be Copied



**Open Position Description**
**United States**

About
Job Search
Administration
HR Home

## - POSITION POSTING -

| Job Title: Maintenance / E&I Manager | | Job Function: Managerial |
|---|---|---|
| Business Unit: FMC BioPolymer | City: Newark | Group: SCG |
| Reports to: Buff Bruno | Dept: Maintenance | |
| Salary Grade: 22  Salary Range: $ 67,490  $ 89,987  $ 112,484  Min  Mid  Max | | |
| HR Contact: Joann Jones | Relocation: Yes | Close Date: 3/20/03 |

### JOB DESCRIPTION:
POSITION RESPONSIBILITIES

· This position is responsible for maintaining a plant that manufactures multiple pharmaceutical excipient and food ingredient products. Responsibilities include processing equipment, utilities, water purification, buildings and grounds, and waste treatment systems. The plant operates continuously 24 hours per day/7 days per week throughout the year.
· Responsible for leading, directing, and managing the maintenance staff consisting of: two maintenance engineers, two electrical and instrumentation engineers, one maintenance supervisor; sixteen multi-craft maintenance specialists, one storeroom supervisor, one stores controller, a maintenance planner, as well as the activities of outside contractors used for selected maintenance tasks. Responsible for the training and development of the maintenance team.
· Candidate will be required to utilize metrics to identify and correct repetitive problems.
· Will need to oversee the development of small capital projects to resolve maintenance/operational issues. In addition the candidate will need to work with the engineering department to provide input and direction on larger projects.
· Responsible for maintaining maintenance and production storeroom inventory in an efficient and cost-effective manner.

### REQUIRED EXPERIENCE:

EXPERIENCE / REQUIREMENTS
· The successful candidate must have a minimum of twelve years experience in the maintenance and/or plant engineering field. At least three years experience

must have been in a managerial position maintaining a facility with ISO 9002 certification. Experience in the pharmaceutical, fine or specialty chemical and/or food ingredient industry is desired. Experience in handling dry powders is a plus. Experience with continuous processes preferred rather than batch processes.

· Demonstrated leadership and commitment in maintaining a safe work place. Candidate must have a thorough understanding of OSHA Lock/Tag/Try, Confined Space, and other general industry regulations. Will be required to ensure compliance with Process Safety Management Code, Responsible Care®, and Product Stewardship commitments.

· Require candidates with a broad background of experience in maintaining industrial/manufacturing facilities. Specific experience should include the following: boilers, compressors, HVAC, instrumentation, reactors, pumps, piping, power distribution, process control, and powder handling.

· Good verbal and written communication skills required. Must be a team player able to work with manufacturing and technical departments in resolving plant problems. Candidate must have good interpersonal skills and demonstrate an attitude of respect in dealing with employees at all levels in the organization.

· Prior experience in effectively managing bargaining unit employees is a plus.

· Must be an effective change agent through excellent communication, training, and a healthy dose of persistence.

· Must have a positive "can do" attitude with an ability to balance short and long term objectives in resolving plant problems.

· Position requires strong planning and scheduling capability.

· Must have strong documentation skills. Must have experience with management of change. Experience with validation is a plus.

· Must have experience and demonstrated ability to successfully apply predictive/preventative maintenance and reliability programs.

· Must have demonstrated the ability to work in a fast paced environment with frequently changing/multiple priorities.

· Good working knowledge of budgeting and financial analysis required.

· Must be familiar with management of small and medium capital projects.

· Must be able to enter equipment, and be able to inspect all areas of the site, including areas at heights accessible by ladders.

## REQUIRED EDUCATION:
Bachelor of Science in Mechanical or Electrical Engineering, or related degree.
## COMMENTS:

Apply for Job



WARNING!! You have violated the SPI Polyols, Inc. Acceptable Use Policy - Microsoft Internet Explorer provided by SPI Polyols

File   Edit   View   Favorites   Tools   Help

Back

Address: http://spiintranet/warning.html





# Warning!

FireBox II has detected that you have attmepted to access a site that violates the SPI Polyols, Inc. Acceptable Use Policy. Be aware that all activity to the internet is logged and monitored for violations. Any violations are subject to disciplinary actions up to and including dismissal.



Done                                                                                          Local intranet

Start   Novell Groupwise   AOL.COM | AOL Mail   AOL.COM | Message...   WARNING!! You ha...   8:20 AM

Subj:    memo
Date:    1/22/04 4:48:36 PM Eastern Standard Time
From:    rm5197@yahoo.com
To:      Gillespiefra@aol.com

Frank,

Sorry I didn't do this when I said, but I had some minor surgery on Tuesday afternoon. They took a pretty good sized chunk of flesh from the back of my neck, and I couldn't look down until today.

Anyway,

To Whom it May Concern:

On Monday Nov. 12, 2003 I was informed that I had violated FMC's Electronic communication policy. I was told 20 or more individuals were involved (some union), and that an investigation was ongoing.

On Dec. 12th I was issued a letter titled "Final Warning". I had to sign it, and it was to be placed in my personnel file. Basically it stated that any further violations would result in my dismissal.

On the same subject, I was present in the FMC Newark plant on several occasions when Mr. Frank Gillespie was going through his Email. It was my observation that he did not open all of the mail, but sorted it into various folders. The only mail I observed him open was business oriented. Anyone who worked with Frank would tell you he was most conscientious, and frequently put forth extra effort to ensure the job was done right.

Ron Meyer

Again Frank, please tell them call my work or cell #, not home. I don't want to get my wife upset.

Take care,                    Work # 607 - 951 - 3008
Ron                           Cell # 732 -581- 6342

Do you Yahoo!?
Yahoo! SiteBuilder - Free web site building tool. Try It!

CASE # 03212210/17CA460204
Gillespie v. FMC BioPolymer

03286/2115

Case Number 03212210/17CA400204
Gillespie v. FMC BioPolymer

        The e-mail started with Ron Meyer (white male over 50) who got a written warning (confirmed
this with Ron 12/21/2003 @ 8:50 p.m.). Tom Harris (black male) who forward the e-mail as I did,
nothing happen to him (confirmed 12/21/2003 @ 9:05 p.m.). John Crosier (white male under 40) who
received the e-mail from Tom forward it and nothing happen to him. I am a white male at 48 years of age.

        Tom Harris stated that he was not aware of an e-mail policy violation, he did not know this was
not acceptable because it was a private form of communication. Tom Harris Home phone number is 302-
834-2281 and work number is 302-451-0199.

        Jerry Daniels an Electrical Engineer and myself shared an office together. After additional work
was assigned to me to perform the maintenance supervisor job, he move to another office (February 2003).
The reason was he could not get any work done because of the constant interruptions every 5 minutes
from mechanics and production personnel. Jerry is also aware of the e-mail folders built in my Lotus
Notes and will witness that I did not open all of my e-mails, I filed them in a folder until I had time to
review them. His work number is 302-451-0141and his home number is 302-737-1021.

        The HR Manager at the Newark Plant Bob Yori stated that he opens e-mail jokes and send them
home to his e-mail address. This is a violation of the e-mail policy also, because if he sends it home to his
e-mail address it is carrying the FMC logo and could be intercepted. Any e-mail that is sent from a
computer address carries the sender's address.


FMC Code of Ethics:
Management Responsibilities; All managers are accountable for the actions of their employees. They are
also responsible for seeing that policies are followed. Every manager is responsible for informing his or
her employees about company policies, including those dealing with legal and ethical behavior. Managers
and supervisors also are responsible for maintaining a work environment where constructive, frank and
open discussion is encouraged and expected, without fear of retaliation. The chief executive officer and
management at all levels throughout the company are responsible for ensuring adherence to this Code and
the Guidelines, and for ensuring there are appropriate ongoing employee communications and training.
They are supported by the company's Audit, Communication, Human Resources and Law department,
which normally are responsible for handling many issues outlined in this Code and the Guidelines. The
Public Policy Committee of the Board of Directors has a general oversight function. Significant violations
will be reported the Board's Audit Committee.

Case Number 03212210/17CA400204
Gillespie v. FMC BioPolymer

Date: 1/20/2004

        "I stated to Frank Gillespie on Monday December 22, 2003, that I questioned the Production
Manager (Frank DiChristine) and Coatings Supervisor (Dennis Kearney). I asked them why did the
Company terminate Frank Gillespie? When the employees have a Drug or Alcoholic abuse problem they
get three tries before they are terminated. We have other employees still working who committed worse
acts of policy violation. The Production Manager and the Supervisor told me to keep out of it." I stated
that I was not aware of the e-mail policy and I have 20 plus years in the plant.

                                                              Don Hendrickson
                                                              Home Phone: 302-834-1279
                                                              Work Phone: 302-451-0185

Case Number 03212210/17CA400204
Gillespie v. FMC BioPolymer

On December 2, 2003, I was terminated by FMC BioPolymer of 1301 Ogletown Road Newark
Delaware 19711. The reason given was because I had a joke file folder in my e-mail with inappropriate
material. This was a violation of the e-mail policy. My termination was due to retaliation of the Union
President and failure of the FMC management responsibilities.

This started when I wrote up the Union President for something he did in October 2003
(instructed by upper management) for offensive, insubordinate behavior on the shop floor. The Union
President wanted to make a deal with the company, use a trump card as he called it. He stated that he had
something on a supervisor and if they tear this write-up up he would forget about it. The company did not
want to deal and asked what do you have. What he had was, I sent an e-mail out in August 2003 (which I
got by e-mail) to a selected few. This was sent and received without anyone complaining or finding it
offensive. This was sent to a Manager without any negative replies. The Union President was furious and
went to FMC Corporate Office in Philadelphia. The Union President violated the contract Article V
Grievance Procedure bypassing their contract between FMC. The Union President also made threats that
he was going to get me fired. I communicated this to my manager.

I was called to the HR Manager's Office with my Manager and asked about the e-mail I sent out
in August. I stated that I did send it out, I received it from e-mail and I thought that a couple of other
people would get a laugh from it. I was asked if I had anything else like this that he needed to know. I
stated that I have a email joke folder. People would send me joke e-mails and if I did not have time to look
at them I would file them for later. When I had time I will go back to open them, delete them if in bad
taste and copy the ones to a disk if I wanted to keep them. The HR Manager asked me if there were any
jokes in the folder worse then the e-mail I sent out. I explained I did not think so, I don't remember any,
but I didn't open all of them. The HR Manager and my Manager stated that they get e-mail jokes and
what they do is open it, delete it or send it home to their e-mail address. I stated I have daughters using
our home computer that is why I was going to save the ones on disk. I stated if I knew this was in
violation of the e-mail policy that I would have deleted everything as I got them. I would not have open
them. I opened the e-mail jokes that I received without opening all of the attachments. I continued to stay
focused on my work, working 65 hours a week and 24 hours 7 days a week on call. The HR Manager
stated that if this is all they have then this isn't that bad. I stated that I don't think that there is anything
else, but I am not going to look. I am going to delete everything in the folder and everything that comes in
to me. The HR Manager stated that I was set up and he knew that. I showed my Manager that I deleted
everything and each morning showed him the 200 plus Internet e-mails each day sent to my e-mail
address. After this meeting I wrote an e-mail in my defense explaining my actions to the HR Manager and
my Manager. Explaining what I did, why I did it and that I was not aware that this was not allowed. This
was a private e-mail hidden from all eyes, behind closed doors, no one complained of offensiveness or told
me this was wrong.

In May 2003, the Union membership was audited for porn actions on the Internet. They stated
that porn cookies popped up and created cookies. The Company wrote a letter to all employees stating the
policy of the Internet. Nothing happened to any employee, a public warning was given.

After this warning, someone got on the Internet and violated the policy, a verbal warning was
given to that employee.

When the mechanics got caught with offensive material on the walls and table of their break
room, they were told to remove it and not do it again.

The people I sent the received e-mail to (Shift Supervisors) sent it out in the plant and off site
with no disciplinary action taken against them.

A Union Member making threats to a management staff member in front of department
managers and only got a verbal warning. This same person made another threat and pushed himself into
another person in a public rage and got a written warning for a second offense.

Our previous manager never reviewed any policies or procedures with his staff.

After I deleted all of the files and incoming jokes, Ted Butz sent out an e-mail stating POLICY ON ELECTRONIC COMMUNICATION, November 14, 2003.

I never took anything off of the Internet and e-mailed it to no one.

My computer was open to anyone 24 hours a day 7 days a week.

I had contractors and FMC employees use my computer for Internet research.

The company was aware of the plant issues with the changes they were directing me to drive (productivity, reduction of overtime, SAP Maintenance, etc.) and the threats the union was making.

The Newark Plant ITT Person was the one who set my e-mail folder up with me, because I got so many e-mails. We organized them in folders and it gave me a chance to review them in priority.

My previous manager knew I had the joke folder, because each time he would come into my office needing some data/history, I would mention the joke folder as we scroll through the file folders.

I had to get the Newark Plant ITT Person to set up my computer to hide my files, because someone was on my computer off hours. I had another engineer try my computer and he was able to get into all of my documents.

My first year at FMC, I inherited a 2 year pile of backed up work. My second year, FMC let 4 employees from our department go, which created additional work I had to pick up. My third year I was performing the maintenance engineer and maintenance supervisor roles. This was the reason I created e-mail folders.

Everyone who opens an e-mail joke and send it home to their e-mail address is as guilty as I am, because the e-mail could be intercepted with the FMC Logo.

No direct communication of any policies were given. When I was hired the HR person was training me, she stressed no sex harassment is tolerated. We did not get into any other policies.

I got hired under the same rules and policies of the Union and Hourly Employees.

The e-mail started with Ron Meyer (white male over 50) who got a written warning (confirmed this with Ron 12/21/2003 @ 8:50 p.m.). Tom Harris (black male) who forward the e-mail as I did, nothing happen to him (confirmed 12/21/2003 @ 9:05 p.m.). John Crosier (white male under 40) who received the e-mail from Tom forward it and nothing happen to him. I am a white male at 48 years of age.

Additional History of disciplinary actions of policy violations:

Dave Miller (black male) for stealing a desk received 1 week off 1995.

Jack Temple (white male) for intentional harassment, intimidation - first time got a verbal warning and the second time got a written warning (I have documentation).

Kai Keys (asian women) got 3 days off for a safety issue, flooded production and lab areas with 130 degree C hot water 2003. This was because of other disciplinary history she had against her (confirmed by Jeff Brown 12/29/2003 @ 11:30 a.m.).

Under the Equal Employment Opportunity for all FMC employees states that union and non-union employees shall follow the same written policies. Under the FMC Code of Ethics states that all employees will follow this code regardless of position or location.

 **PHARMACEUTICAL DIVISION**
**NEWARK, DE**

INTEROFFICE

<u>NOVEMBER 3, 2003</u>

Frank Gillespie
Maintenance Engineer

Union Issue Tuesday October 28, 2003.

Dave came into the plant Tuesday for Union Business. Dave came into the shop and started questioning the mechanics work schedule. Asking why the mechanics are not scheduled for overtime. I explain to Dave the mechanics were on their normal 10-hour schedule. The work that we needed to get completed fits in our schedule. We are working from SAP Maintenance. "Dave stated that SAP Maintenance is not working (voice continuing to get loud). Dave ask why was the shutdown schedule was kept as a secret." I explain to Dave the Shutdown schedule was not finalized until Monday and we were still trying to assure the work on the schedule could happen. Nothing was kept a secret, all of the mechanics knew they were working their normal 10-hour schedule and their assignments are given daily. "Dave stated that the company had an commitment to the union for overtime during shutdowns." I explained to Dave that I am not aware of any commitment with the union. "Dave stated that we have always worked overtime during shutdowns." By this time Sieve Scott walked into the shop. I asked Steve if the company has a commitment with the union to work overtime during a shutdown. "Steve stated that there was no commitment, but in the past they were scheduled overtime. Steve stated that last year they were scheduled 10 hours during shutdown, but it was not a shutdown as this one is." "Dave stated that I was fucking up. We cannot have a shutdown without scheduling the mechanics overtime. He is not going to let us have all of these fucking contractors work on site without having the mechanics schedule for overtime. Buff Bruno wants me to turn my head and let this Bill Goeller thing past, fuck Bruno. I am going to the labor board, I am not going to have all of these fucking contractors on site, Buff Bruno and Bob Yori wants me to turn my head on the Bill Goeller thing, fuck them. I will get to the fucking bottom of this." Scott Shockley walked in and Dave asked Scott if he was aware of the shutdown schedule. "Scott Shockley stated No!" "Dave stated that he was not going to put up with this shit, he is going to the Labor Board. "

The Mechanics were working the 2nd 10-hour schedule trail. This scheduled was not over until November 3, 2003 (return to 8-hour schedule). This was communicated, e-mailed and posted. Each day the mechanics work from a daily schedule, which generated by SAP Maintenance. Each morning the schedule can change due to equipment down time/failures. Each mechanic was told they were working our normal schedule with some detail of what they were going to be assigned to. We did not have a department meeting on the shutdown schedule with the mechanics. The schedule was not to be finalized until after the last shutdown meeting. Monday night I called Dave and Bob Davis and explained, they will be following their normal schedule. At this time they were not needed to come in for any shutdown work. I also asked Dave if he wanted to work overtime Friday and Saturday nights (12 hours each night), Dave accepted. Dave stated during shutdown they were always working 12 hours (mechanics). I stated the work we have fits in the SAP Maintenance Schedule and we will see what develops.

All of the day mechanics signed off on the 10-hour schedule request for both 60-day trails. We made exceptions for the one who had after work had personal business (pick up and take his daughter to school). The reduction of overtime was made clear to the mechanics by the management staff. We do not see any gain in work completion by scheduling the mechanics for twelve hours overtime vs. ten hours scheduled. The mechanics will pace themselves according to the hours and pick up an additional break time. The shutdown schedule was changing each day with mechanic's assignments. When a schedule is posted and if a mechanic does not like their next assignment, then feet dragging will occur. After the outburst from Dave, the word from a mechanic was that they were to boycott the shop overtime. He did not take part because he understands the position and scheduling of this shutdown. All Mechanics know that we use the overtime list or job procession to cover the require overtime. Wednesday 10/29/2003 morning assignments, it was explained to the mechanics that we are following our normal schedule. This means that there is no scheduled overtime, but there will be overtime. As explain to the mechanics, there is always a chance for overtime each day they come in. As the shutdown progresses, we will be working overtime to keep on schedule.

Our Department is continuing to improve in our communications. I will communicate the scheduling better with the department. We are facing a group who do not like the SAP Maintenance, because it shows and can track too much detail/documentation. This group is continuing to buck the reduction in overtime, because they feel we cannot and will not be able to operate this site with less then 18%. They also have a 2% rate for their vacation pay and feel this should not work because they will be losing money. This group does not like change and feel that they will wait it out or continue to complain until they get what they want. I feel our department have been going by the their contract and getting the union more involved in daily activities.

All of the work during shutdown, which was performed by contractors, could not have been performed by our mechanics. We used certified welders for steam system and the dryers. The #1 Vent Condenser piping was a project we scheduled while production was down for pipe replacement. All of the other Contractors had skills and equipment our mechanics could not perform. Our mechanics were scheduled with a scheduled workload during the time the other contractor work was in progress.

2

Our Department is continuing to improve in our communications. I will communicate the scheduling better with the department. We are facing a group who do not like the SAP Maintenance, because it shows and can track too much detail/documentation. This group is continuing to buck the reduction in overtime, because they feel we cannot and will not be able to operate this site with less then 18%. They also have a 2% rate for their vacation pay and feel this should not work because they will be losing money. This group does not like change and feel that they will wait it out or continue to complain until they get what they want. I feel our department have been going by the their contract and getting the union more involved in daily activities.

All of the work during shutdown, which was performed by contractors, could not have been performed by our mechanics. We used certified welders for steam system and the dryers. The #1 Vent Condenser piping was a project we scheduled while production was down for pipe replacement. All of the other Contractors had skills and equipment our mechanics could not perform. Our mechanics were scheduled with a scheduled workload during the time the other contractor work was in progress.

My Witnesses:    John Hoffmann    Phone: 302-798-3200
                                 Fax: 302-798-3201
                                 Cell: 302-275-4800

              Reds Linsey    Cell: 302-438-6920
                             Work: 302-368-7270

These witnesses was standing next to me when this happen, They heard what Dave said and the matter he express it, They will state that I did not get smart, raise my voice or showed any disrespect to Dave Miller,

11/3/2003

2

01/30/2004  12:11    302838?"5                          GILLESPIE                                    PAGE   02



## *PERFORMANCE & DEVELOPMENT DISCUSSION*

| | | | |
|---|---|---|---|
| **Name:** | Frank Gillespie | **Date:** | 5/25/2002 |
| **Position Title:** | Maintenance Engineer | **Division:** | FMC Biopolymer |
| **Date Assigned To This Position:** | 5/30/2000 | **Location:** | Newark, Delaware |
| **Performance Designation:** | Outstanding | **Last Review Date:** | 5/2001 |

## PERFORMANCE/DEVELOPMENT SUMMARY:

Comment on the accomplishment of major responsibilities and objectives during the appraisal period. For those who supervise the work of others, include in this section, specific comments on leadership opportunities, style and interpersonal skills demonstrated.

1. Coordination of all Facilities Maintenance (Steam, air, HVAC, buildings)
2. Filled in as Maintenance Supervisor when called upon
3. Increased Boiler reliability through automation of chemical controls and setup of proper operation for Dearator. Refurbished one boiler back to specs.
4. Executed capital projects to increase equipment reliability for all utilities and B/M Dryer cooling
5. Coordination of MI program
6. Came in on off hours to support production in times of need
7. Developed yearly PM schedule for maintenance to increase plant uptime
8. Support of safety program through react based observations
9. Coordinated State Boiler and Pressure Vessel inspection program
10. Executed emission testing program for state environmental compliance
11. Located and purchased new air compressors for $3k (units were worth $70k)
12. Worked towards reducing costs by finding lowest bids on materials and services
13. Reduced maintenance materials and services budgets in areas of responsibility
14. Set up and conducted boiler training with plant maintenance.
15. Participate on the Process Reliability Business Focus Point
16. Developed tracking systems for Overtime, Maintenance work breakdown, Equipment Downtime, and PM compliance

## PERFORMANCE/DEVELOPMENT HIGHLIGHTS:

Comment on the performance results that were done particularly well, e.g. performance vs. unplanned events, major performance breakthroughs, team-based efforts, important development efforts (for employee or his/her staff), etc. For managers and supervisors, specific comments on their management responsibilities should be made, e.g., diversity, ethics, people development, safety, supportive work environment, etc.

Frank is able to deal with emergent needs and follow through with a calm and guided effort. He sacrifices his time and energy when required to help in his area of responsibilities and outside of his areas of responsibility. Plant resources always comment that Frank will get the job done any time he is called upon.

Frank is very cost effective in all aspects of his work getting the best job done for the best cost. He is always looking for ways to reduce maintenance costs and increase effectiveness and efficiencies.

Frank works with a minimum of supervision required.

frank2002ne.doc                                                                                          Revised 10/01



## Special Talents, Skills and Strengths:

Identify the most significant job-related strengths of this individual (managerial, functional, personal)

Frank is a self-starter who always follows through every task to completion.
He is a dedicated and committed employee, which is evident through his work involvement and willingness to sacrifice his personal time when he is needed.

| Development Agreement: Which development needs should be concentrated on during the next feedback period to broaden skills in the present position or to prepare for future assignments or to meet/exceed standard performance? | Activities & Desired Results: What specific development actions are to be taken to satisfy the development needs and what are the desired results from the actions? |
|---|---|
| 1) **Functional/Technical Skills**<br> a. Bringing capabilities of team up by training on new products, test equipment and maintenance repairs | **Actions:**<br>1. Put together an action Plan using FYI Book and working with manager. Elements to include:<br>  a. Seminars<br>  b. On the Job training<br>**Desired Results:**<br>1. Have completed action Plan for review by August 2002 |
| 2) **Priority Setting:**<br> a. Setting clear goals and objectives<br> b. Resources buying in to plan | **Actions:**<br>1. Put together action plan using FYI Book<br>**Desired Results:**<br>2. Complete plan for review w/ manager by August 2002 with a detailed scope to follow. |
| 3) **Develop MRA's** | **Actions:**<br>1. Develop 4 – 6 MRA's to include technical and behavioral based. Elements to include:<br>  a. Cost study and trending<br>  b. Required project activities<br>  c. Upgrading PM Testing tools and training and tasks<br>  d. Trending for efficiencies<br>  e. Interpersonal Skills<br>**Desired Results:**<br>1. Complete MRA's for August 2002 review with Manager |

## Employee Career Interests:

If the employee has career interests beyond his/her current assignment, describe those interests here. Reflect any additional skills needed in the preceding section

My goal is to continue to perform outstanding to achieve the maximum level as a Maintenance Engineer. Continue to attend training courses which are available and obtain a masters degree.

## Employee Feedback on Performance/Development Process:

Comment on this feedback process and how well periodic development discussions have gone. The employee is encouraged to write overall comments as well.

See Attached

**Signatures** *(signatures)*

Frank Gillespie 5/30/02 — Kirk T. Beshore 5/30/02 — B.N. Bruno
(Print Name/Date) — (Print Name/Date) — (Print Name/Date)

frank2002ms.doc — Revised 10/01



*Tech. Manager - 1   E Werner*

**FRANK GILLESPIE**
06/03/2003 05:38 PM

To: ROGER BUTLER/NEWARK/FMC/US@FMC, THOMAS
HARRIS/NEWARK/FMC/US@FMC, ROBERT
MAPHIS/NEWARK/FMC/US@FMC, JOHN
HARDT/NEWARK/FMC/US@FMC, YOON
KIM/NEWARK/FMC/US@FMC, JOHN
CROSIER/NEWARK/FMC/US@FMC, DEBORAH
FULLER/NEWARK/FMC/US@FMC, DENNIS
KEARNEY/NEWARK/FMC/US@FMC, JOHN O
THOMPSON/NEWARK/FMC/US@FMC, GRAHAM
MOORE/NEWARK/FMC/US@FMC, DAVID
WERNER/NEWARK/FMC/US@FMC, DENNIS
KEARNEY/NEWARK/FMC/US@FMC, SIMON
EUSTACE/NEWARK/FMC/US@FMC, MELISSA
COCHRAN/NEWARK/FMC/US@FMC, ROBERT
BUTLER/NEWARK/FMC/US@FMC
cc:
Subject: Feedback

*Frank — Here are my thoughts for you on feedback. Thanks for all your efforts!*

I appreciate if you can take a few minutes out of your busy schedule to give me some feed back (form attached).

6/12/03

**W**
360.doc

Strengths
1) Motivated & committed.
2) Focused; Does what it takes to get the job done.
3) Flexible; Team player.
4) Dependable/Reliable; Can be counted on to give his best.
5) Astute; definite ASSET — makes a difference at the plant.

Opportunities
It's not so much what Frank can do to support the plant as it is making sure we use/leverage effectively his abilities/capabilities to the fullest — including, special projects, increased responsibilities. Finding the remaining site critical items & issues that need to be addressed & will have he/we have a leadership...

Bob,

We are playing voice mail tag, this might be easier. I need a letter stating the last day of my insurance coverage. I need a copy of the letter I sent you and Doug explaining my side of the e-mail. I need a copy of the letter I sent to you Doug and Buff leading to the write up of Dave Miller and the write reprimand of Dave Miller. I need copies of the e-mail which caused me to be terminated; the e-mail page showing where it came from and the attachment, the attachments pictures. Also, can you tell me how many e-mail folders I had on my personal assigned computer (Personal Archives and Lotus Notes).

12/22/2003 @ 3:36 P.M. sent e-mail

Called and lefted message of e-mail and my request of information

Talked to Bob You 12/5/2003 @ 6:00 P.M. in the FMC Parking Lot. Bob gave me some personal file information I need to start my resume. Bob You stated that he knew that I was set up. I requested copies of the e-mails which lead to my termination. I need a copy of the e-mail with the sender name and address, also a copy of the attachment. Bob stated that he would get back to me.

12/10/03 Called Bob You @ 6:30 P.M. requesting the information asked - lefted message.

12/17/03 Called Signe @ 7:30 A.M. requesting her for the information from Bob You. -lefted message.

12/18/03 Called Bob You @ 7:45 A.M. - left a message requesting   1. Health insurance ending date.
2. a copy of the letter I wrote to him & Doug in my defense.
3. a copy of the letter I write Dave Miller up for and the write up.
4. Copies of E-Mail of attachment which caused my termination.
5. Number of E-Mail folders on my Lotus Notes

12/22/03 Sent Bob You an e-mail and lefted him a voice mail message @ 3:36 P.M.

12/29/03 Called Bob You for requested items - lefted a message on his voice mail 10:30 P.M.

Subj:   **Fwd: Insurance - Vacation**
Date:   1/20/04 11:18:38 AM Eastern Standard Time
From:   Gillespiefra
To:     Bob_Yori@fmc.com, Doug_Dehart@fmc.com, Signe_Kleinot@fmc.com

Bob Yori and Doug DeHart,
   I have tried several times to obtain requested items. I have Diabetes as I explained and need to monitor and control it through medication. I requested a letter from FMC stating when my insurance coverage has expired. I need this for my wife's insurance company to get on her policy. The only thing it needs to say is that my insurance expired on a date and the letter head have the FMC logo. The other priority issue is my vacation pay. I have 2 full weeks and 4 days owed to me. My pay period started on the 30th of each month. I worked 2 days of December before you let me go. I request pay for 14 vacation days and 2 days worked. I need your attention and support in these matters.

Thank You,
Frank Gillespie

--------------
Forwarded Message:
Subj:   **(no subject)**
Date:   1/19/04 8:53.53 AM Eastern Standard Time
From:   Gillespiefra
To:     Bob_Yori@fmc.com, Doug_Dehart@fmc.com, Signe_Kleinot@fmc.com

Bob Yori and Doug DeHart,
   I have tried several times to obtain requested items. I have Diabetes as I explained and need to monitor and control it through medication. I requested a letter from FMC stating when my insurance coverage has expired. I need this for my wife's insurance company to get on her policy. The only thing it needs to say is that my insurance expired on a date and the letter head have the FMC logo. The other priority issue is my vacation pay. I have 2 full weeks and 4 days owed to me. My pay period started on the 30th of each month. I worked 2 days of December before you let me go. I request pay for 14 vacation days and 2 days worked. I need your attention and support in these matters.

Thank You,
Frank Gillespie

Bob Yori and Doug DeHart,

I have tried several times to obtain requested items. I have Diabetes as I explained and need to monitor and control it through medication. I requested a letter from FMC stating when my insurance coverage has expired. I need this for my wife's insurance company to get on her policy. The only thing it needs to say is that my insurance expired on a date and the letter head have the FMC logo. The other priority issue is my vacation pay. I have 2 full weeks and 4 days owed to me. My pay period started on the 30th of each month. I worked 2 days of December before you let me go. I request pay for 14 vacation days and 2 days worked. I need your attention and support in these matters.

Thank You,
Frank Gillespie

FMC BioPolymer
Human Resources
1301 Ogletown Road
Newark, DE 19711

Phone 302-451-0119
Fax 302-453-6538
E-mail hr_newark@fmc.com

# +MC BioPolymer

April 26, 2000

Mr. Frank Gillespie
#4 Yorkshire Court York Farms
Bear, DE 19701

## RE: EMPLOYMENT OFFER

Dear Frank:

This will confirm FMC Corporation's employment offer in its Specialty Chemicals Group, BioPolymer Division, Newark, Delaware Plant, in the Engineering & Maintenance Department, as a Maintenance Engineer, Salary Grade 18 Exempt, at a monthly salary of $4,800.00. You will report directly to the Engineering & Maintenance Manager, Jim McCloskey. This offer is valid until 5:00 p.m. on April 28, 2000. This offer is also contingent upon satisfactory completion of a pre-placement physical examination that will include a drug screen and a background check; and completion of requirements to obtain a Bachelor of Science in Mechanical Engineering degree by no later than July 1, 2000.

If you accept this offer, you will receive a one-time signing bonus in the amount of two thousand ($2,000.00) dollars, subject to appropriate taxes and withholdings. This payment will be included in your next regular paycheck after you complete one full month of employment. You will be eligible for FMC's salaried employee benefits program with coverage beginning on the first of the month following one full month of employment.

The Immigration Reform and Control Act of November 6, 1986 requires FMC to verify the identity and employment eligibility of all new hires. On your first day of employment, please bring documentation such as; (1) a valid driver's license or State ID card to prove identity; and (2) either a Social Security card, an original or certified copy of a U.S. birth certificate, or a work visa to prove eligibility to work. The documents will be reviewed and returned to you immediately. Additionally, a voided blank check or deposit slip will be required, as your wages will be paid electronically. Salaried exempt employees are paid on a monthly basis.

Your signature on one duplicate original of this letter will confirm your acceptance of this offer. Please fax the signed document to Ms. Signe Kleinot at 302-453-6538; mail one original and keep one for your records. You may contact Signe at (302) 451-0119 to make arrangements for the pre-employment physical, and to provide further information needed for your background check.

We are confident you will have a challenging and rewarding position with FMC Corporation and eagerly await your acceptance. Congratulations!

Sincerely,

Kim A. Golden
Human Resources Manager

cc: I.N. Duke
    J.E. McCloskey

I ACCEPT THIS OFFER _____*Frank Gillespie*_____ DATE _4/26/00_
                              (Signature)

Docs\Employee\Offer\Gillespie042600.doc

# **FMC**BioPolymer

**1301 OGLETOWN ROAD  NEWARK, DE  19711**
**(302) 451-0119  FAX: (302) 453-6538**

FMC Corporation is one of the world's leading producers of chemicals and machinery for industry and agriculture. Visit our Internet web sites at avicel.com and fmc.com for more Information.

The Newark, Delaware Plant for the Specialty Chemicals Group, BioPolymer Division has the following vacancy to be filled immediately. Fully qualified, local area candidates preferred. Limited relocation benefits are available for exceptional candidates who closely match our qualifications as follows: House hunting trip; 30 days' temporary living; shipment of goods/auto; travel expenses for actual move; $1250 misc. expense allowance; additional tax reimbursement; Note - Reimbursement for home sale or purchase costs is **not** available.)

**POSTING DATE:**     **January 21, 2000**    **REMOVAL DATE:**   **February 25, 2000**

**POSITION TITLE:**     **Maintenance Engineer**

**POSITION REPORTS TO:**    **Engineering & Maintenance Manager**

**SALARY GRADE:**   **18, 19 or 20 (depending upon qualifications and experience)**

**Annual SALARY RANGE - Starting Minimum   Starting Maximum**

| | Starting Minimum | Starting Maximum |
|---|---|---|
| **GR 18** | **43,720** | **56,600** |
| **GR 19** | **47,263** | **61,200** |
| **GR 20** | **51,091** | **66,100** |

This position is not on a bonus plan.  Gainsharing and special bonuses may be available.

## EDUCATION

Bachelor of Science in Mechanical Engineering or related degree.

## EXPERIENCE / REQUIREMENTS

- Candidate must have a minimum of 5 years' plant engineering/maintenance experience. Prefer experience in ISO 9002-certified plants - bulk pharmaceutical, fine or specialty chemicals, or food ingredient industry. Experience with continuous processes preferred, rather than batch processes. Experience in handling dry powders Is a plus. Experience at OSHA Star Worksites a plus, but not required.
- Must be a "hands on" engineer with a broad base of experience including boilers, compressors, pumps, piping, reactors, mixers, process piping, and tanks. Experience dealing with FRP and alloy materials for service in a corrosive environment.
- Experience with equipment reliability and predictive / preventative maintenance.
- Experience in formal maintenance planning.
- Must be a team player; demonstrated ability to effectively interact with employees at all levels of the organization, as well as contractors and vendors.
- Must demonstrate an attitude of respect and professional interaction with others.
- Demonstrated ability to work in a fast-paced environment, with frequently changing, multiple priorities.
- Must be a self-starter able to operate with a minimum of supervision.
- Strong safety work ethic and leadership. Working knowledge of OSHA Lock/Tag/Try and Confined Space regulations. Experience with Process Safety Management and Mechanical Integrity a plus. Capability to ensure compliance with Process Safety Management code practices, Responsible Care® and Product Stewardship commitments.
- Must be able to enter equipment, and be able to inspect all areas of the site, including areas at heights accessible by ladders.
- Must be able to be on-call and provide assistance with troubleshooting.

JOBS\MAINT-ENGINEER2.DOC

FMC Corporation, Newark, DE
Maintenance Engineer
Page 2

- Experience with cGMPs and validation desired.

## POSITION RESPONSIBILITIES

Identify repetitive equipment problems and engineer solutions. Develop plans to increase mean time between failures. Create and implement predictive/preventative maintenance procedures for equipment. Establish planning of facilities and utilities related tasks. Work with maintenance supervisor to provide craft skill training. Provide relief supervision for the maintenance department.

Further details regarding position responsibilities will be discussed during an interview.

Resumes must be received by February 25, 2000 to be considered.

> Ms. Signe Kleinot
> FMC Corporation
> 1301 Ogletown Road
> Newark, DE 19711

e-mail: hr_newark@fmc.com

fax: 302-453-6538

No phone calls please.

EOE - F/M/D/V - Females, Minorities, Disabled and Veterans are strongly encouraged to apply.

.        .

Frank Gillespie
4 Yorkshire Court
Bear, Delaware 19701
302-838-2115
gillespiefra@aol.com

January 25, 2005

State Of Delaware
Department of Labor
Division of Industrial Affairs
Theodore Robinson
Labor Law Enforcement Officer
4425 North Market Street
Wilmington, Delaware 19802

DEPT OF LABOR

JAN 2 7 2005

INDUSTRIAL AFFAIRS
OFFICE OF LABOR
LAW ENFORCEMENT

Dear Mr. Robinson,

I received your letter Thursday 20, 2005. I was never warned for any FMC policy violation. This includes Internet, E-Mail, Work performance, etc.. I had outstanding work performance evaluations. When I was hired I went through a new hire orientation and the only policy handed out to me was the code of ethics. The HR Manager Theresa Whithers was schedule for my orientation, but could never make the schedule. I explained this to the manager I reported to and his statement was O.K.. During this orientation I did not receive an employee handbook or received any policy training. During the 3 ½ years at FMC, no manager reviewed any policies with me. This includes Theresa Whithers (who was let go after 1 year of my hire date), Theresa Carr (left after 1 year for health reasons) and Robert Yori was hired and is there currently. Not one of these managers every reviewed the policies or had training on them with the employees. Robert Yori was still working on an employee handbook for the employees; it was not completed or given out to the employees.

The Internet issue did not involve the Engineering Staff; it was with the Maintenance Mechanics. Kirk Beshore the Maintenance Engineering Manager had a closed door meeting with Steve Scott (Maintenance Supervisor at that time) and the Mechanics. The computers the mechanics were using was alerted by IT Support for porn activities. The result from that meeting was awareness from the Department Manager's informing their staff members the Internet Policy. Kirk Beshore stated, "I don't have to tell you guys, you know what the Internet is used for." Not at any time did our Manager include or state the e-mail policy. Not one Mechanic got disciplined for their actions. About a year prior, I reported to Len Earl the IT Support person that someone was getting into my computer files. Len responded to my problem and showed me where to move the files so no one can get into them. Around the same time period Len Earl also had employees save their e-mails to their C Drive Archives, because he was running out of sever space. Following his request, I reviewed and filed the important files in archives. There was not a Joke Folder in my archive files. At this same time I kept receiving 150 plus e-mails a day from the Internet for bigger boobs, enlarge your penis, vigara, etc.. This was reported to Len Earl and my Manager, also I kept going in and answering the e-mail to remove me from their list. This did not help, they kept coming anyway. When Kirk Beshore left, Doug DeHart was hired as my new manager. I told Doug about my problem and he say to get IT involved. I did so, but the e-mails did not stop.

I was hired in as the Maintenance Engineer. The second year FMC let 14 employees from the management staff go. I was assigned additional work, Maintenance Engineer and Project Engineer. During my third year, I was assigned work of the Maintenance Supervisor. Then, I was performing my hired title Maintenance Engineer, Project Engineer and Maintenance Supervisor. As I stated to Kirk Beshore, I was hired to perform the Maintenance Engineer task. I did not refuse to perform any additional tasks given to me, I stated I will do what ever you need. During these times my time on the computer became limited. I had Len Earl show me how to set up e-mail folders so I can keep up with my workload. He was with me when he made a joke folder on the e-mail system. Not at any time did he say anything about an e-mail policy or violation.

I explained to Len Earl, I did not have time to go through all of the e-mails sent to me. This is why I need to put the e-mail in folders and review them as priorities allowed. He stated, "that is not a problem, because a lot of employees leaves their e-mails on their screen". He also stated, "they were considering to set up the e-mail to delete any e-mail that is not read within a 45 day period." This is history on why I had e-mail folders.

Ron Meyers of FMC sent me e-mails of jokes. I forward the e-mail about sizing to 4 employees in August 2003. One was a manager, two were supervisors, and 1 was an engineer. Not one person found it offensive or stated to me it was a policy violation. In October 2003, an employee of a different race e-mailed that e-mail to Bob Yori to get back at me for writing him up (as directed by my manager). By this employee during this, he also voilated company policy, because he kept it in his e-mail. The supervisor of another race had this e-mail and sent it to other people, kept it in his e-mail and was told by Bob Yori "don't worry about it, nothing is going to happen to you." A supervisor of younger age had this e-mail; he sent it out and kept it in his e-mail. Nothing happened to him, no disciplinary actions taken. These employees stated they kept jokes in their e-mail and this statement was made to Bob Yori. When I was called to Bob Yori's office, he asked me about the e-mail. I explained it to him and told him that I was not aware of doing anything wrong. I never went into the Internet, got material and e-mailed it. I forward e-mail as it was to me. I had managers e-mail me jokes and never stated there was a policy prohibiting this. I know now and I will delete everything. I will not open anything that was not work related and I would delete it. I showed Doug DeHart my e-mail and asked him to show me where to find the e-mail policy, it was on the FMC Internet site. The policies are the responsibility of the Department Managers to review and train their staff.

After this got out FMC started to have awareness meetings with the management staff and employees. At that time I saw where I was wrong, but I was not aware of the policy before. Employees of age and race differences were able to violate the policy without disciplinary results. Attached to this letter are examples of the e-mail files/folders for all e-mail accounts used by companies. Employees elect to use them or leave them on the main screens. This is the same as keeping a folder, it is in a private e-mail account assigned by a company. When this account was assigned, the IT employee should have given and reviewed all policies related to this account. I was discriminated against, race and age. My office and computer was open to all employees. In my office I had a HVAC computer control on a computer. Mechanics, Operators, Engineers, etc., were all aware of this. Even if I locked my office, the key was in the Production Supervisor's Office. Contractors and employees, depending on job assignments used my computer.

Witness statements were attached to the files dropped off.

Regards,

*Frank Gillespie*

Frank Gillespie



Example: Sent Mail



Example:  Sent Mail Kept in a folder



Example: This is A typical E-Mail Account

Take note the e-mail on the screen is where people leave them and the folders are used to organize them. All of this E-Mail is still in the E-Mail Account, not on any drive in the computer.

These e-mails can be kept this way for years, as long as server space is available. Employees had E-mails 6+ years old.



SAMPLE:     ARCHIVE - stored in a Computer Drive or in a

              SEVER DRIVE.



Example: Folders on E-Mail Account.



Example:   Inbox Mail

# +FMC BioPolymer

Interoffice

---

**TO:**     Route List                         DATE: May 24, 2000

**FROM:**   Teresa J. Withers

**RE:**     **ORIENTATION MAY 30,31**

**FRANK GILLESPI – MAINTENANCE ENGINEER & MELISSA COCHRAN – EH&S INTERN**

## Tuesday May 30

| | | |
|---|---|---|
| 8:00 | **HR** | **Signe Kleinot/Kim Golden** *No Employee Handbook or Policies* |
| 10:00 | **Break** | |
| 10:15 | **Safety & Health (# 23, 24, 25)** | **Jerry White** *No Show* |
| 12:00 | Lunch | |
| 1:00 | **Industrial Hygiene/Environmental** | **Heidi Lentz** |
| 2:30 | **Good Manufacturing Procedures** | **Rick Tumbusch** |
| 3:30 | **Break** | |
| 3:45 | **Plant Tour** | **Jim McCloskey or Brian Bernius/Heidi Lentz** |
| 4:30 | **Department Review** | **Jim McCloskey or Brian Bernius/Heidi Lentz** |

## Wednesday May 31

| | | |
|---|---|---|
| 8:00 | **Safety & Health** | **Teresa Withers** *No Show* |
| 10:00 | **Break** | |
| 12:00 | Lunch | |
| 2:00 | **Safety & Health** | **Teresa Withers** *No Show* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FRANK GILLESPIE,              )
                             )
              Plaintiff,      )
                             )
      v.                     )        Civ. No. 05-715-KAJ
                             )
FMC BIOPOLYMER,              )
                             )
              Defendant.      )

## ORDER

At Wilmington this _____ day of May, 2006, the complaint in the above-

captioned case having been filed on October 4, 2005;

IT IS ORDERED that, on or before **June 5, 2006**, the plaintiff shall show cause

why this case should not be dismissed for failure to serve process within 120 days of

filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE