IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK GILLESPIE,      )<br>                              )<br>            Plaintiff,    )<br>                              )<br>      v.                    )      Civ. No. 05-715-KAJ<br>                              )<br>FMC BIOPOLYMER,    )<br>                              )<br>            Defendant.  )  | |

### ORDER

On May 9, 2006, the court ordered the plaintiff to show cause by June 5, 2006, why the case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m). (D.I. 5.) On June 5, 2006, summons was issued to the defendant and at the same time the plaintiff filed a response to the show cause order. (D.I. 6.) On June 9, 2006, the summons was returned as executed as to the defendant. (D.I. 7.)

THEREFORE, IT IS HEREBY ORDERED that the plaintiff has shown cause for the failure to timely serve the complaint and, in fact, has served process on the defendant.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/27/06