UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Frank Gillespie<br>　　　　Plaintiff,<br><br>v.<br><br>FMC BioPolymer,<br>　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-00715 KAJ |

## NOTICE

Please enter the appearance of Michael P. Morton, Esquire as attorney for Defendant.

　　　　　　　　　　　　　　　　　　MICHAEL P. MORTON, P.A.
　　　　　　　　　　　　　　　　　　*/s/ Michael P. Morton*
　　　　　　　　　　　　　　　　　　Michael P. Morton (#2492)
　　　　　　　　　　　　　　　　　　1203 North Orange Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: 302.426.1313
　　　　　　　　　　　　　　　　　　Facsimile: 302.426.1300
　　　　　　　　　　　　　　　　　　Attorney for Defendant

June 27, 2006
Date