## CERTIFICATE OF SERVICE

I Michael P. Resavage, hereby certify that on this 27th day of June 2006 I sent a copy of the foregoing, by the method indicated below, to the following.

**BY FIRST CLASS MAIL**
Frank Gillespie
4 Yorkshire Court
Bear, DE 19701
PRO SE

                                                                                         _____
Michael P. Resavage, Law Clerk
Michael P. Morton, P.A.
1203 orth Orange Street
Wilmington, Delaware 19801
Telephone: 302.426.1313
Facsimile: 302.426.1300