**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| Frank Gillespie <br><br> Plaintiff, <br><br> v. <br><br> FMC BioPolymer, <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:05-cv-00715-KAJ |

**MOTION FOR ADMISSION FOR ADMISSION PRO HAC VICE**

COMES NOW Michael P. Morton on behalf of FMC BioPolymar counsel for and moves pursuant to Local Rule 83.5 and the attached certification for the admission of Peter S. Saucier to be admitted *Pro Hac Vice* to represent FMC BioPolymar for all purposes in connection with the above-captioned action. Mr. Saucier is a member of the firm of Kollman & Saucier, P.A. and is admitted and in good standing in the Courts of the State of Maryland.

Respectfully submitted,

MICHAEL P. MORTON, P.A.

*S/s Michael P. Morton*
Michael P. Morton
1203 North Orange Street
Wilmington, Delaware 19801
Telephone: (302) 426-1313

Dated: June 27, 2006