## CERTIFICATE OF SERVICE

I Michael P. Morton, hereby certify that I sent by First Class Mail a copy of the foregoing on this 26th day of June, 2006 to the following:

**VIA FIRST CLASS MAIL**
Frank Gillespie
4 Yorkshire Court
Bear, DE 19701

*/s/ Michael P. Morton, Esquire*
Michael P. Morton (#2492)
1203 North Orange Street
Wilmington, Delaware 19801
Attorney for Defendant