<div style="text-align:center">

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

</div>

| | |
|---|---|
| Frank Gillespie </br>      Plaintiff, </br></br> v. </br></br> FMC BioPolymer, </br>      Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Civil Action No. 1:05-cv-00715-KAJ |

## MOTION FOR ADMISSION FOR ADMISSION PRO HAC VICE

COMES NOW Michael P. Morton on behalf of FMC BioPolymar counsel for and moves pursuant to Local Rule 83.5 and the attached certification for the admission of Thomas A. Bowden to be admitted *Pro Hac Vice* to represent FMC BioPolymar for all purposes in connection with the above-captioned action. Mr. Bowden is a member of the firm of Kollman & Saucier, P.A. and is admitted and in good standing in the Courts of the State of Maryland.

<div style="padding-left: 50%">

Respectfully submitted,

MICHAEL P. MORTON, P.A.

*/s/ Michael P. Morton, Esquire*
Michael P. Morton (#2492)
1203 North Orange Street
Wilmington, Delaware 19801
Telephone: (302) 426-1313

</div>

Dated: June 27, 2006