## CERTIFICATION

The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdictions referenced in the Motion, and that he voluntarily submits himself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.5. The Admittee is not currently subject to any disciplinary action.

_____
Thomas A. Bowden
Kollman & Saucier, P.A.
20 South Charles Street
8th Floor, Sun Life Bldg.
Baltimore, MD 21201
(410) 727-4300

Motion granted.

Date: _____    _____
                                  JUDGE