UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Frank Gillespie | ) | |
| | ) | Civil Action No. 1:05-CV-00715-KAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FMC BioPolymer, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

FMC Corporation's FMC BioPolymer Division ("FMC"), Defendant, submits this Motion To Dismiss the Complaint filed by Frank Gillespie ("Gillespie"), Plaintiff.

1. There is no EEOC right-to-sue letter attached to the Plaintiff's Complaint, and there is no evidence that such a letter has been sought or obtained. Thus, the Plaintiff has failed to exhaust administrative remedies and cannot state a claim for relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. *See* 42 U.S.C. § 2000e-5(f)(1).

WHEREFORE, for the reasons set forth with more particularity in the accompanying Memorandum of Law, the Defendant respectfully requests that this Honorable Court enter an order in the form submitted herewith, causing the Plaintiff's Complaint to be DISMISSED.

Respectfully submitted,
MICHAEL P. MORTON, P.A.
*/s/ Michael P. Morton, Esquire*
Michael P. Morton (#2492)
1203 North Orange Street
Wilmington, Delaware 19801

Dated: June 28, 2006