**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Frank Gillespie | ) Civil Action No. 1:05-CV-00715-KAJ | |
| Plaintiff, | ) | |
| v. | ) | |
| FMC BioPolymer, | ) | |
| Defendant, | ) | |

**ORDER**

This matter having come before the Court on the Motion To Dismiss filed by FMC Corporation's FMC BioPolymer Division ("FMC"), Defendant, pursuant to Fed. R. Civ. P. 12(b)(6), the Court having read and considered said Motion, supporting Memorandum of Law, and any subsequent response and reply, it appearing from the absence of a federal right-to-sue notice that the Plaintiff has failed to exhaust his administrative remedies pursuant to 42 U.S.C. § 2000e-5(f)(1), it is, this _____ day of _____, 2006, by the United States District Court for the Eastern District of Pennsylvania,

ORDERED:

1. That said Motion be, and it is hereby, GRANTED; and

2. That the Complaint of Frank Gillespie be, and it is hereby, DISMISSED.

_____
Kent A. Jordan, District Judge
