# MICHAEL P. MORTON, P.A.
ATTORNEY AT LAW

1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 426-1313
Fax: (302) 426-1300
email: MPMPA@aol.com

Member DE & PA Bars
Affiliated Office
Crawford, Wilson & Ryan, LLC
West Chester, PA

September 5, 2006

Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

**RE: Gillespie v. FMC BioPolymer Civil Docket No. 1:05-CV-00715-KAJ**

Dear Honorable Judge Jordan:

The Defendant, FMC BioPolymer filed a Motion to Dismiss for Insufficiency of Process on June 28, 2006. Plaintiff has not answered the motion. Defendant respectfully requests that the court enter an order to show cause to Plaintiff Gillespie or in the alternative dismiss the case. If I can be of any further assistance to the Court in this matter please do not hesitate to contact me at the office.

Sincerely,

Michael P. Morton (#2492)

cc: Kollman & Saucier, P.A.
    Mr. Frank Gillespie