IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-715-KAJ |
| ) | |
| FMC BIOPOLYMER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 10th day of October, 2006, defendant filing a motion to dismiss on June 28, 2006, and plaintiff failing to respond;

IT IS ORDERED that, on or before **October 31, 2006**, plaintiff shall show cause why this case should not be dismissed for failure to obtain a right to sue letter from the Equal Employment Opportunity Commission as required when filing a discrimination claim pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* *See McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 798-99 (1973); *Ostapowicz v. Johnson Bronze Co.*, 541 F.2d 394, 398 (3d Cir. 1976); *Tlush v. Manufacturers Res. Ctr.*, 315 F. Supp. 2d 650, 655 (E.D. Pa. 2002).

**PLAINTIFF IS PLACED ON NOTICE THAT FAILURE TO RESPOND TO THIS ORDER MAY RESULT IN DISMISSAL OF THE CASE.**

_____
UNITED STATES DISTRICT JUDGE