October 29, 2006

Frank Gillespie (Plaintiff) vs. FMC BioPolymer (Defendant).
Civ. No. 05-715-KAJ

    Sorry for the delay responding to this Order. For the past year my Mother-in-Law has had failing health, in and out of the Emergency Care/Hospital. My Mother-in-Law was rush to the Hospital for an emergency operation. During this same time my daughter developed kidney problems and was rush to the Hospital and Doctors on several occasions. Attached are supporting documents.

    My case should not be dismissed as requested by the defendant on June 28, 2006. As I filed, I attached documents to support my claims. FMC BioPolymer allowed a Black Male to retaliate against me leading to my dismissal. FMC BioPolyer allowed another Black Male to keep the same e-male I forwarded in his e-mail account, which he also forward and displayed to others. This Black Male was told he had nothing to worry about; nothing was going to happen to him. Several threats were made against me and reported to me by a Black Male. We reported this to FMC BioPolymer Department Manager with no actions taken against the people making the threats. The Black Male who was retaliating against me made verbal threats to other employees that he was going to get me terminated. This was also communicated to FMC BioPolymer Department Manage with no results. It was also reported to FMC BioPolymer Department Manager the statement from Jeff Brown, the retaliating Black Male made the statement he was going to set me up. The retaliating Black Male was issued an employee handbook. During my hire, I was not issued an employee handbook, even after I requested to have an employee handbook. This same retaliating Black Male posted a picture of his car accident on the bulletin board stating this was cause by his Supervisor, as I held that position upon two others. This Black Male was on his way to Philadelphia (Corporate Head Quarters) to get me terminated. The evidence FMC BioPolymer used to terminate me was from the Inbox of E-Mail. I was receiving hundreds of e-mails each day, which was reported to FMC's IT Support and to my Manager. Nothing was done about this. I created file folders in the Inbox area to be able to sort through the hundreds of e-mails daily. I had nothing in my Computer Achieves. My Computer was open and available 24 hours - 7 days. FMC Biopolymer made copies of Inbox Material (porn pictures) to use against me. As I requested for the FMC's HR Manager to show me the original e-mail who sent those pictures, he denied. As attached to FMC's respond to the charges, they submitted the pictures (e-mail attachments) without the e-mail pages. As I stated to FMC BioPolymer, I did not have time to go through all of the e-mails, I filed them in the e-mail inbox folders until I had time to delete them. I was performing three employees' tasks: Maintenance Engineer, Maintenance Supervisor, and Project Engineer. This at the same pay, I did not have time to review and delete e-mails.

      My termination was the result of discrimination; FMC BioPolymer allowed a person of another race to violate Company Polices without any disciplinary actions. I was out of work for 8 months and had to use our savings. I will seek Council before we go to trail; as talking to Lawyers it was going to cost me $20,000.00 plus.

Frank Gillespie

*/s/ Frank Gillespie*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-715-KAJ |
| | ) | |
| FMC BIOPOLYMER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 10th day of October, 2006, defendant filing a motion to dismiss on June 28, 2006, and plaintiff failing to respond;

IT IS ORDERED that, on or before **October 31, 2006**, plaintiff shall show cause why this case should not be dismissed for failure to obtain a right to sue letter from the Equal Employment Opportunity Commission as required when filing a discrimination claim pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* *See McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 798-99 (1973); *Ostapowicz v. Johnson Bronze Co.*, 541 F.2d 394, 398 (3d Cir. 1976); *Tlush v. Manufacturers Res. Ctr.*, 315 F. Supp. 2d 650, 655 (E.D. Pa. 2002).

**PLAINTIFF IS PLACED ON NOTICE THAT FAILURE TO RESPOND TO THIS ORDER MAY RESULT IN DISMISSAL OF THE CASE.**

UNITED STATES DISTRICT JUDGE

### Jeanne D. Turner, 80

DELAWARE CITY — Jeanne D. Turner of Delaware City died Monday, Oct. 23, 2006, in Christiana Care-Christiana Hospital, Newark, surrounded by her loving family. She was 80.

Mrs. Turner was born Sept. 5, 1926, in Philadelphia, daughter of the late Raymond and Elva (Brown) White.

She was a longtime member of St. Paul's parish in Delaware City and the Delaware City Recreation Club.

Mrs. Turner greatly enjoyed fishing and crabbing in her youth, and in more recent years, delighted in feeding and watching the birds around her home.

In addition to her parents, she was preceded in death by her husband, James A. Turner Sr., in 2001.

She is survived by five children, James A. Turner Jr. and his wife, Ellen, of Delaware City, Nancy L. Sellers and her husband, James, of Alba, Fla., Barbara J. Hendrickson and her husband, Donald, of Delaware City, Francis R. Turner and his wife, Cheryl, of Clayton, and Patricia E. Gillespie and her husband, Frank, of Bear; eight grandchildren; two great-grandchildren; and a great-great-grandchild.

Friends may call from 8:15 to 9:15 a.m. Friday in Spicer-Mullikin Funeral Home, 214 Clinton St., Delaware City.

Mass of Christian burial will be 9:30 a.m. Friday in St. Paul's Roman Catholic Church, 209 Washington St., Delaware City.

Burial will be in Delaware Veterans Memorial Cemetery, 2465 Chesapeake City Road, Bear.

Instead of flowers, the family suggests memorial contributions to Delaware City Fire Co., P.O. Box 251, Delaware City, DE 19706.

```
         CHRISTIANA CARE HEALTH SERVICES
      EMERGENCY DEPT: CHRISTIANA HOSPITAL
            4755 Ogletown-Stanton Rd.
              Newark, Delaware 19718
                 (302) 733-1000
```

Patient:G.           Cl              Date:Oct 19, 2006

Out of school from Oct 19 thru Oct 22, 2006.
Return to school on Mon Oct 23, 2006.


SIGNATURE: _____

\> Thomas Ball, MD
\> John F. Madden, M.D.
- - - - - - - - - - - - - - - - - - - - - - - - -

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 31st day of October, 2006, upon the following in the manner indicated:

By Mail:

Michael P. Morton
Michael P. Morton, Esq.
1203 North Orange Street
Wilmington, DE 19801
(302-426-1313)
Email: mpmpa@aol.com


Frank Gillespie
FRANK GILLESPIE
4 Yorkshire Court
York Farms
Bear, DE 19701
302-838-2115
gillespiefra@aol.com