# MICHAEL P. MORTON, P.A.
ATTORNEY AT LAW

1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 426-1313
Fax: (302) 426-1300
email: MPMPA@aol.com

Member DE & PA Bars

November 8, 2006

Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

### RE: Gillespie v. FMC BioPolymer Civil Docket No. 1:05-CV-00715-KAJ

Dear Honorable Judge Jordan:

The Defendant, FMC BioPolymer filed a Motion to Dismiss for Insufficiency of Process on June 28, 2006. The Court on October 10, 2006 ordered Plaintiff show cause why this case should not be dismissed for failure to obtain a right to sue letter from the Equal Employment Opportunity Commission as required under Title VII of the Civil Rights Act of 1964.

The Plaintiffs October 31, 2006 filing is unresponsive to the Courts Order. The Plaintiff has failed to show cause. Therefore, Defendant respectfully requests that the Court enter an order dismissing the captioned case with prejudice. If I can be of any further assistance to the Court in this matter please do not hesitate to contact me at the office.

Sincerely,
/s/ Michael P. Morton, Esq.
Michael P. Morton (#2492)

cc:   Kollman & Saucier, P.A.
      Mr. Frank Gillespie (Via First Class Mail)