IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-715-KAJ |
| ) | |
| FMC BIOPOLYMER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On October 10, 2006, the court ordered the plaintiff to show cause why this case should not be dismissed for failure to obtain a right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC"), as required when filing a discrimination claim pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. (D.I. 14.) The plaintiff responded on October 29, 2006 (D.I. 15), but his response did not show adequate cause.

The jurisdictional prerequisites to file a suit under Title VII obligate a plaintiff to file a charge with the EEOC and receive notification from the EEOC of the right to sue. 42 U.S.C. §§ 2000e-5(e) & (f); *Paci v. Rollins Leasing Corp.*, No. 96-295-SLR, 1997 WL 811553, at *5 (D. Del. Dec. 18, 1997). Receipt of the right-to-sue letter shows that the plaintiff has exhausted his administrative remedies, a requirement for bringing a Title VII claim to court. *Burgh v. Borough Council*, 251 F.3d 465, 470 (3d Cir. 2001). "A complaint does not state a claim upon which relief may be granted unless it asserts the satisfaction of the precondition to suit specified by Title VII:  prior submission of the claim to the EEOC ... for conciliation or resolution." *Robinson v. Dalton*, 107 F.3d 1018,

1022 (3d Cir. 1997) (quoting *Hornsby v. U.S. Postal Serv.*, 787 F.2d 87, 90 (3d Cir. 1986). Here, the plaintiff has not submitted evidence that he has received a right-to-sue letter from the EEOC, nor does the record contain evidence that he sought such a letter. Because the plaintiff has not met the jurisdictional prerequisites to file a suit under Title VII, I will dismiss the plaintiff's claim without prejudice.

THEREFORE, IT IS HEREBY ORDERED the plaintiff's claim for relief under Title VII of the Civil Rights Act of 1964 is DISMISSED without prejudice.

                                                                                      UNITED STATES DISTRICT JUDGE

November 13, 2006
Wilmington, Delaware